```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
  MOHAMMED NABI,                                  :
  RIFAT RIZVI, *on behalf of themselves and others*  :
  *who are similarly situated*,                     :
                                                    :    14-CV-4635 (VEC)
                            Plaintiffs,  :
                                                    :       ORDER
                 -against-                :
                                                    :
  HUDSON NEWS COMPANY,                  :
  HUDSON GROUP LLC,                      :
  HUDSON GROUP (HG) RETAIL, LLC,        :
  AIRPORT MANAGEMENT SERVICES, LLC, *et al.* :
                                                  :
                                    Defendants.  :
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a conference was held in this matter on August 8, 2014, it is hereby

ORDERED that the parties proceed with limited discovery relevant to plaintiffs' desire to

proceed as a collective action pursuant to the Fair Labor Standards Act (FLSA). No later than

November 6, 2014, the parties shall submit letters, not to exceed five pages each, addressing

whether the action should proceed as an FLSA collective action. A status conference will be

held on November 13, 2014, at 10:00 a.m. in Courtroom 443 of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: August 11, 2014                                _____
       New York, New York                     **VALERIE CAPRONI**
                                                    **United States District Judge**