# EXHIBIT 10

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020
Tel.:   (212) 335-4500
Fax:    (212) 335-4501
*Counsel for Defendants Hudson Group (HG) Retail, LLC*
*and Airport Management Services, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------  X

MOHAMMED NABI and RIFAT RIZVI,
*on behalf of themselves, FLSA Collective*
*Plaintiffs and the Class,*

                      Plaintiffs,

          -against-

HUDSON GROUP (HG) RETAIL, LLC,
AIRPORT MANAGEMENT
SERVICES, LLC and JOHN DOES 1-10,

                     Defendants.

------------------------------------------------------  X

Case No.  14 CIV 4635 (VEC)

ECF Case

## DECLARATION OF ANNA DRAMMEH

I, Anna Drammeh, declare as follows:

1.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently as to their accuracy.

2.  I currently work for Hudson Group (HG) Retail, LLC as an Operations Manager at Hudson's Penn Station operations in New York, New York.

3.  I was hired by Hudson in 1999 as a Cashier at Hudson's Port Authority operations.  I worked that position for 4-5 months before I was transferred to Grand Central Station and promoted to Operations Manager.  In 2009, I was transferred to Hudson's Penn Station operations.

4.  Prior to Hudson, I worked as a Dunkin Donuts manager.  As a Hudson Operations Manager, I also spot check Dunkin Donuts cashiers.

-1-

5. I have no idea about Hudson's airport operations. I have never worked at an airport, and cannot begin to guess what duties any managers or workers have at other locations.

6. As a manager, I have always received a weekly salary which exceeds $455 per week, and I have not experienced any deductions in salary for partial-day absences. My salary is not reduced for variations in the quality or quantity of my work.

7. Hudson's Penn Station operations consist of approximately twelve (12) locations.

8. Hudson's Grand Central Station operations consist of five (5) stores. Two (2) retail locations are located within Grand Central, open seven days a week during both the day and the evening. The other three (3) locations are in office buildings located at 335 Madison Avenue. The Biltmore and 337 Madison Avenue and are open weekdays during both the day and night until 9:00 p.m.

9. I check into work using the Kronos system, which is an electronic thumbprint identification system. I do not clock or stamp out of work when I leave the facility.

10. Notices addressing employees' FLSA and overtime compensation rights are clearly and prominently posted on the main notice board, in front of the main entrance to the employee room.

## Operations Manager Duties

11. At Grand Central, I managed the PM Shift. Approximately 20-22 employees worked under me, including Sales Associates, Expeditors, Warehouse employees, etc.

12. At Penn Station, I manage the PM Shift, which generally runs from 4PM to 1AM. Along with 4 other managers, there are approximately 25-26 hourly staff working under us each PM shift. Neither Edwin Soto, the General Manager ("GM") or the Assistant General Manager ("AGM") are on duty during the PM shift. Thus, I am the most senior Operations Managers on duty in the PM Shift, and handle almost all operational and

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

personnel issues at Penn Station. Although Hudson News Penn Station stores may service 16,500 customers in one night, I will rarely contact the GM with a question – at most, maybe once every month or two.

13. On the rare occasion when I do contact the GM, it is generally due to an emergency. For example, in 2007 when a steam pipe exploded in Grand Central Station, there was widespread chaos and panic about another terrorist attack. This was a pipe explosion, and people thought it was a terrorist attack. I was in charge, and led the evacuation of the Hudson News employees to an off-site location. Only then did I seek guidance from the GM before sending all our employees home. That day's events, and my leadership as the Hudson Operations Manager in charge, were reported in the New Yorker Magazine: http://www.newyorker.com/magazine/2007/07/30/head-count.

14. I spend almost all of my time managing and directing the operations. Very rarely am I running a cash register, unless there is a serious emergency and I have no choice because there are no other personnel.

15. I make the schedules each PM Shift I am on duty at Penn Station. I come in to the office and assign staff to each of the various locations. As part of my Operations Manager duties, I need to understand and evaluate my staff. Therefore if I have a slow cashier on duty, I will put him or her in a low traffic store. For some stores, I need Sales Associates with lottery machine experience. I generally put the best Sales Associates in the busiest store, and constantly work to manage the work flow.

16. I am authorized to make changes to the schedule. I independently reshuffle schedules when employees call in sick, and do not receive direction from the GM at all on scheduling.

17. As PM Operations Manager, I am responsible for closing the stores.

-3-

**Customer Service and Training**

18. I am responsible for customer satisfaction and held accountable if my staff does not follow company policy.  I therefore ensure that Sales Associates are giving the best customer service, following the Travelers Best Friend policies, smiling at customers, keeping the stores neat, clean, and stocked, and upselling at checkout.

19. As Operations Manager, I have won Hudson News Customer Service Awards for seven years.  I try to instill these same customer service values, and reinforce Hudson's customer service policies, through all my staff.

20. Thus, I am always making sure my staff provide the best possible customer service – we are here for our customers.

21. Although the Penn Station PM shift sometimes has challenging customers (drunk or bad-tempered), I constantly instruct my staff to listen to the customer's issues, quickly resolve and apologize, and **never argue with the customer**.  If they cannot resolve the issue, they must immediately call me to speak with the customer.

22. I take pride in Hudson News providing the fastest and best customer service, far superior to our competitors.  My motto, which I instill in my staff, is: "*treat the customers right and they will come back.*"

23. I firmly believe my customer service training, and my team's execution, benefit the company overall.  Indeed, Hudson's Penn Station operations is a leader in sales, and as an Operations Manager, I receive monthly cash bonuses through its Manager Incentive Program.

24. I handle all customer complaints – everything from poor attitudes, unfriendly service, to improper change.  I apologize to the customer on the company's behalf and do whatever I can to make the customer happy.  I follow the Travelers Best Friend.

-4-

**Maximizing Sales**

25. I regularly canvas the stores, to determine what merchandise needs to be restocked in each store. I then direct Sales Associates, Expeditors and Warehouse Associates in executing the restocking and replenishment of stores so they are ready for business.

26. I am constantly moving around all the stores, checking on everything – merchandise, change money, voids, register problems, spot checks, assigning breaks, shutting down registers at the end of each shift, etc. In between I am placing inventory orders. I am also making sure everyone is doing their jobs properly.

27. If items are not selling well, I independently remove them, and replace them with new items.

28. I attend monthly manager meetings, which are attended by all managers (PM and AM), where we discuss sales, customer service, upcoming promotions and programs, minimizing shrink, inventory expectations, general operational issues, and more.

29. We also discuss sales activity. If sales are down, we discuss what the problem can be – wrong merchandise, Sales Associates customer service levels, etc. Every time there is a drop in sales we have to discuss the reason.

**Hiring/Promotion/Discipline/Training**

30. I provide input regarding staff to the GM and have the authority to make recommendations to him regarding the hiring, discipline (up to termination), advancement, and promotion of the hourly staff. I am authorized to discipline employees. If the misconduct is serious, I will recommend that the employee be suspended.

31. Operations Managers are on the floor, so we know better than anyone who should get raises or promotions. I look for and recognize employees that do a wonderful job, never refuse assignments, and work hard without complaint. I've recommended a number of

-5-

good workers for raises or bonuses.  Although not all of my recommendations have been acted upon yet, I am continuing to lobby for the hard workers on my staff.  I am always trying my best for my PM workers.

32. As a manager I have to be able to discipline individuals to do my job.  I cannot perform otherwise.   I regularly give verbal warnings to Sales Associates and Expeditors for not properly doing their work or giving poor customer service.

33. My discipline recommendations have led to terminations.  For example, in 2014 a sales associate was constantly claiming he could not do his work, and refusing to perform simple tasks, like restocking refrigerators.  I verbally warned him, then had HR write him up.  The company terminated him within three months.

34. Although I am authorized to suspend employees, due to the Union collective bargaining agreement, I have to go through Union representatives when issuing any discipline more serious than a verbal warning.

35. As managers, we train all new Sales Associates on how to use registers, give good customer service, and reiterate Travelers Best Friend policies.

36. I provide input and have the authority to make recommendations to the GM regarding the hiring, discipline (up to and including termination), advancement, and promotion of the hourly staff.

37. My duties and responsibilities are generally the same as those listed on the Hudson job description for Operations Managers.

DLA PIPER LLP (US)
NEW YORK

EAST\89187337.1

DECLARATION OF ANNA DRAMMEH

1  I declare under penalty of perjury under the laws of the State of New York and the United States

2  of America that the foregoing is true and correct and that this declaration was executed this 8

3  day of January, 2015, at New York, New York.

4

5

6  _____
   ANNA DRAMMEH

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-7-

# EXHIBIT 11

1    DLA PIPER LLP (US)
     1251 Avenue of the Americas
2    New York, New York  10020
     Tel.:    (212) 335-4500
3    Fax:    (212) 335-4501
     *Counsel for Defendants Hudson Group (HG) Retail, LLC*
4    *and Airport Management Services, LLC*

5    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
6    ------------------------------------------------------- X
     MOHAMMED NABI and RIFAT RIZVI,          :
7    *on behalf of themselves, FLSA Collective*     :
     *Plaintiffs and the Class,*                              :
8                                                              :
                               Plaintiffs,      :
9                                                              :        Case No.  14 CIV 4635 (VEC)
                                                             :
10            -against-                                   :                      ECF Case
                                                             :
11   HUDSON GROUP (HG) RETAIL, LLC,     :
     AIRPORT MANAGEMENT                      :
12   SERVICES, LLC and JOHN DOES 1-10,    :
                                                             :
13                               Defendants.      :
     ------------------------------------------------------- X

14

15            **DECLARATION OF UDITHA GOONATILAKA**

16        I, Uditha Goonatilaka, declare as follows:

17   1.  I have personal knowledge of the facts set forth in this Declaration and, if called as a

18        witness, could and would testify competently as to their accuracy.

19   2.  I currently work for Hudson Group (HG) Retail, LLC as an Operations Manager at

20        Hudson's Penn Station operations in New York, New York.

21
22   3.  I have an accounting degree from Colombo University in my native country of Sri Lanka.

23   4.  I was hired by Hudson on or about July 21, 1999 as a Sales Associate/Cashier at Hudson's

24        Port Authority operations.  I worked that position less than three years before I was

25        promoted to Operations Manager/Office Manager at Port Authority, where I worked

26        primarily out of the money room, and was responsible for Human Resources, scheduling

27

28                                              -1-

employees, and receiving and ordering merchandise.   I was transferred to Penn Station around October 2013.

5.  I have no idea about Hudson's airport operations.  I have never worked at an airport, and cannot begin to guess what duties any managers or workers have at other locations.

6.  As a manager, I have always received a weekly salary which exceeds $455 per week, and I have not experienced any deductions in salary for partial-day absences.  My salary is not reduced for variations in the quality or quantity of my work.

7.  Penn Station consists of seventeen (17) locations.  Twelve (12) are located within Penn Station, two (2) are located at the Jacob Javits Center, two (2) are located at 33rd Street and one (1) is located at the World Trade Center.

8.  I check into work using the Kronos system, which is an electronic thumbprint identification system.  I do not clock or stamp out of work when I leave the facility.

9.  Notices addressing employees' FLSA and overtime compensation rights are clearly and prominently posted on the main notice board, in front of the main entrance to the employee room.

### Operations Manager Duties

10. At Penn Station, I manage the AM Shift.  Generally there are two Operations Managers on duty in the AM Shift, but sometimes I am the only Operations Manager.  Edwin Soto, the General Manager ("GM") rarely supervises or directly watches over me.

11. I supervise approximately 50-60 hourly staff (Expeditors, Sales Associates, 2 hourly Supervisors) in the AM shift.

12. I spend almost all of my time managing and directing the operations.  Very rarely am I running a cash register, unless there is a serious emergency and I have no choice because there are no other personnel.

-2-

13. I work the money room when the Accountant takes days off, which is about 1-2 days per week. I count all the money bags that come into the office, from both night and day shifts, amounting to more than 100 money bags on average. Each shift has about 50-60 money bags each, plus Dunkin Donut money bags, amounting to $50,000 to $60,0000 of cash per shift. When I cover for the Accountant, we keep track of all the credit card transactions for Amex, Visa, MC, and Discover. I also record all the cash receipts and prepare all the money for pickup by the bank. I also make sure that each register has a $300 bank of change. I am the only Operations Manager with these duties at Penn Station.

14. I make the schedules each day I am on duty. I come in to the office each morning and assign staff to each of the various locations. As part of my manager duties, I need to understand and evaluate my staff. Therefore if I have a slow cashier on duty, I will put him or her in a low traffic store. For some stores, I need Sales Associates with lottery machine experience. Store No. 4, for example, is the busiest, and needs the fastest cashiers. There I usually put a mix of two fast and two slower cashiers so that we can manage the work flow. For some small stores that are not busy I will put slower cashiers there.

15. I am authorized to make changes to the schedule. I independently reshuffle schedules when employees call in sick, and do not receive direction from the GM at all on scheduling. If another Operations Manager is on duty, we will split the locations.

16. When hourly staff call in sick, they sometimes call the office, but generally call or text my cell phone. They also can call other Operations Managers, such as Kamlesh Desai and Asim Syed.

DLA PIPER LLP (US)
NEW YORK

EAST\86090464.1

DECLARATION OF UDITHA GOONATILAKA

**Hiring/Promotion/Discipline/Training**

17. I provide input regarding staff to the GM and have the authority to make recommendations to him regarding the hiring, discipline (up to termination), advancement, and promotion of the hourly staff. I am authorized to discipline employees. If the misconduct is serious, I will recommend that the employee be suspended.

18. I am constantly involved in hiring employees. For example, at Port Authority I accepted all applications and did the hiring paperwork for approximately 50 new employees.

19. I also call in applicants for interviews – I conduct initial screening and give the GM my input and impressions on applicants. I look for speaking ability, education level, and experience, before recommending to the GM who he should meet.

20. Since being at Penn Station I have already recommended for hiring 3 people, including Mr. Ali, Ms. Kandakar, and Ms. Rashmine.

21. Operations Managers are on the floor, so know better than anyone who should get raises or promotions. At Penn Station, I've recommended a number of Expeditors and Sales Associates for raises, including Nusrat Sultana, Kum Kum, and Mr. Aslam. The GM acted upon my recommendations.

22. At Port Authority, I recommended Ms. Deepali for a promotion from Sales Associate to Manager. She did everything well, including customer service and taking care of the store; she was a very hard worker. I also recommended Monica Kumra for promotion from Book Associate to Book Manager at Hudson Booksellers. She was extremely knowledgeable of the books and merchandise, and handled displays and promotions well. She remains a high performing Book Manager and has held this position for the past six to seven years.

-4-

23. As a manager I have to be able to discipline individuals to do my job.  I cannot perform otherwise.  I regularly give verbal warnings to Sales Associates and Expeditors for not properly doing their work or giving poor customer service.

24. As a manager, I understand that customers are our bread and butter.  I generally handle discipline/counseling issues on my own, and have not had to resort to reporting to the GM.

25. I have authority to recommend suspension to the General Manager he will discuss the matter with the Union representative as per the Union collective bargaining agreement and take necessary action.

26. Regarding the Union, their delegates work only 4 hours and spend the rest of the day talking to hourly staff about problems.  If employees have complaints or requests, the Union will come directly to me regarding, for example, changing schedules, accommodation for particular days off, asking for raises, etc.

27. I handle all customer complaints – everything from poor attitudes, unfriendly service, to improper change.  I apologize to the customer on the company's behalf and do whatever I can to make the customer happy.  I follow the Travelers Best Friend.

28. As managers, we train all new Sales Associates on how to use registers, give good customer service, and reiterate Travelers Best Friend policies.

**Maximizing Sales/Accountability**

29. I go to each store in the morning to determine what merchandise needs to be restocked in each store.  I then direct Sales Associates, Expeditors and Warehouse Associates in executing the restocking and replenishment of stores so they are ready for business.

30. During the day, I am constantly moving around all the stores in Penn Station, checking on everything – merchandise, change money, voids, register problems, spot checks, assigning

-5-

breaks, shutting down registers at the end of each shift, etc.  In between I am placing

inventory orders.

31. If items are not selling well, I independently remove them, and replace them with new

items.

32. I check the Crystal Report daily to determine what's selling and what is not.  I can see

what is selling at all locations, to guide my merchandise decisions.  With small stores that

have less selling space, I will go check the Crystal Report to determine the 10 best-selling

candies to stock the store with.

33. Managers receive a bonus for increasing sales at their locations.  I have received bonuses

amounting to hundreds dollars.

34. I am responsible for customer satisfaction and held accountable if my staff does not

follow company policy.  I therefore ensure that Sales Associates are giving the best

customer service, following the Travelers Best Friend policies, smiling at customers,

keeping the stores neat, clean, and stocked, and upselling at checkout.

35. I attend monthly manager meetings, which are attended by all managers (PM and AM),

where we discuss sales, customer service, upcoming promotions and programs,

minimizing shrink, inventory expectations, general operational issues, and more.

36. We also discuss sales activity. If sales are down, we discuss what the problem can be –

wrong merchandise, Sales Associates customer service levels, etc.  Every time there is a

drop in sales we have to discuss the reason.

-6-

DLA PIPER LLP (US)
NEW YORK

EAST\86090464.1

DECLARATION OF UDITHA GOONATILAKA

1    I declare under penalty of perjury under the laws of the State of New York and the United States

2    of America that the foregoing is true and correct and that this declaration was executed this 4TK

3    day of November, 2014, at New York, New York.

4

5

6                                                UDITHA GOONATILAKA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        -7-

# EXHIBIT 12

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020
Tel.:   (212) 335-4500
Fax:    (212) 335-4501
*Counsel for Defendants Hudson Group (HG) Retail, LLC
and Airport Management Services, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X

MOHAMMED NABI and RIFAT RIZVI,           :
*on behalf of themselves, FLSA Collective*      :
*Plaintiffs and the Class,*                              :
                                                                   :
                                          Plaintiffs,          :          Case No.  14 CIV 4635 (VEC)
                                                                   :
                        -against-                            :                    ECF Case
                                                                   :
HUDSON GROUP (HG) RETAIL, LLC,           :
AIRPORT MANAGEMENT                             :
SERVICES, LLC and JOHN DOES 1-10,         :
                                                                   :
                                          Defendants.         :

-------------------------------------------------- X

### DECLARATION OF MARIA GUTIERREZ

I, Maria Gutierrez, declare as follows:

1.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently as to their accuracy.

2.  I currently work as an Assistant General Manager ("AGM") at Hudson's Grand Central Station operations in New York, New York.

3.  I was hired on March 6, 1990 as a Sales Associate at Penn Station. I was promoted shortly thereafter to Supervisor, a position I worked for about one year. I was then promoted to Operations Manager, and worked in that role for about two years. I was again promoted to AGM at the World Trade Center in about 1996, covering the two stores below the towers. I was on vacation when the towers came down on 9/11. (No Hudson workers were lost.) I then transferred to Hoboken for about two years, and finally moved to Grand Central where I have worked as AGM since 2003.

4.  I attended college in my native country of the Dominican Republic.

-1-

5. As a Hudson Manager during the relevant time periods, I have always received a weekly salary which exceeds $455 per week. I have not experienced any deductions in salary for partial-day absences. My salary is not reduced for variations in the quality or quantity of my work.

6. I generally perform my duties during the AM shift, where I oversee the total operations. Along with two Operations Managers and one Warehouse Manager, I share supervision of approximately seventeen (17) hourly staff. Along with the other Managers, I report to the General Manager ("GM").

7. I check into work using the Kronos system, which is an electronic thumbprint identification system. I do not clock or stamp out of work when I leave the facility.

8. Hudson's Grand Central Station operations consist of five (5) retail locations. Two (2) retail locations are located within Grand Central, open seven days a week during both the day and the evening. The other three (3) locations are in office buildings located at 335 Madison Avenue; The Biltmore and 347 Madison Avenue and are open weekdays during both the day and night.

9. Notices addressing employees' FLSA and overtime compensation rights are clearly and prominently posted on the employee poster board located in the employee locker room.

10. As AGM, I dress in business casual. The hourly staff wears Hudson logo shirts.

11. The General Manager's Office is located at 420 Lexington, in an office building inside of Grand Central Station, which is also where the cash room and bookkeeping operations are located.

12. As AGM, I make sure everyone is doing their jobs. I work both in the office and out on the selling floor, where I rotate amongst the retail locations checking on the operations.

13. As AGM, I make executive decisions on my own. Like Operations Managers, I give verbal counseling and warnings to the hourly staff. Indeed, I give verbal warnings almost every day – counseling employees for not doing their jobs properly, not maintaining a clean space, improper uniforms, poor customer service, tardiness, etc.

-2-

14. For example, Watchman Kamrul Hanakani was never doing his job and being disrespectful and combative. I implemented progressive discipline due to his insubordination. I received input from all other Managers regarding his poor performance. Eventually, he used profanity towards a shift manager, so I terminated him on November 6, 2014.

15. I direct and counsel employees daily. For example, a warehouse employee (Cody) recently resisted a cleaning assignment and threatened to call in sick due to the cold weather. I told him to make sure he cleans everything and stay there until it's done right. If he wanted to keep his job, he had to follow my directions.

16. Because of the unionized workforce, no disciplinary action can be taken without a representative of the union present. This holds true for GM's, AGM's, and Operations Managers. I will follow Operation Manager recommendations as to discipline and present that to the union representative.

17. Even as the AGM, I cannot independently fire an hourly employee because they are union bargaining unit members, and there is a grievance process dictated by the collective bargaining agreement in place at Grand Central. This also holds true for the GM.

18. I am always watching for hard workers to reward. Recently, I rewarded five Sales Associates and Expeditors - Raheem Noman, Shaheen Hossain, Shakira Squires, Michael Cajieas. They were always looking for new opportunities; looking to learn and move up, wanted to be trained, learn about Books Operation, and more. I gave them cash incentives for working hard. Next, I will secure merit increases for them if they keep doing great jobs.

19. I conduct some training, but generally on more difficult issues, such as how to do store presentations and merchandising. For example, I am a certified Dufry Plus One Trainer for other Managers. My job is to make sure *managers* are executing their advanced sales skills and instructing their staff as well.

-3-

DLA PIPER LLP (US)
NEW YORK

EAST\89771077.1

20. As the AGM, I am held accountable with Operations Managers for properly directing the hourly staff and correctly managing breaks. This has a direct impact on the profitability and success of the operations. The Operations Managers therefore create the initial work schedules for the associates (which are approved by me) and are responsible for making sure the shifts are properly staffed.

21. The GM depends on myself and the Operations Managers to make sure that stores are open on time and fully stocked. I also depend on Operations Managers to ensure customer service is at the highest levels, and to teach the associates customer service skills.

22. I rely on the Operations Managers to create workable schedules for the associates so that the stores are properly staffed. If they don't properly schedule the staff, then stores may become understaffed during rush hours, forcing them to perform associate duties and taking their attention away from management duties. We are all accountable if this happens. Managers are never scheduled to perform associate duties, and only fill in where there is an emergency.

23. While the GM and I are ultimately responsible for approving the hiring of an individual, the Operations Managers also have Human Resources responsibilities. For example, they will receive employment applications and pre-interview candidates (for about 5-10 minutes) to determine whether the candidate will be sent up to the GM. (Throughout the day and evening, there are many walk-in applicants seeking employment.) Almost all the hourly staff we hired are based on recommendations from the floor Managers.

24. No Managers at Grand Central (including myself) perform official employee reviews of the hourly staff, because their employment, wages and raises are governed by a collective bargaining agreement.

25. I keep track of the hourly employees' work, and based on my observations, make recommendations to the General Manager regarding their performance and productivity. The General Manager will seriously consider my recommendations.

-4-

26. I attend manager meetings organized by the GM, where I provide input on the operations and we discuss operational issues as a group. The GM will seriously consider my recommendations and I am usually free from direct supervision by the GM. I provide input and have the authority to make recommendations to the GM regarding the hiring, discipline (up to and including termination), advancement, and promotion of the hourly staff.

27. I consider myself to be a fair, measured, and even-handed AGM. I work my hardest to get respect from my staff, and always try to remain calm and cool.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct and that this declaration was executed this 16 day of January, 2015, at New York, New York.

_____
MARIA GUTIERREZ

-5-

DLA PIPER LLP (US)
New York

EAST\89771077.1

DECLARATION OF MARIA GUTIERREZ

# EXHIBIT 13

1   DLA PIPER LLP (US)
    1251 Avenue of the Americas
2   New York, New York  10020
    Tel.:   (212) 335-4500
3   Fax:    (212) 335-4501
    *Counsel for Defendants Airport Management*
4   *Services, LLC and Hudson Group (HG) Retail, LLC*

5   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
6   - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
7   RANA KHAN, Individually and on Behalf of          :
    All Other Persons Similarly Situated,             :
8                                                     :
              Plaintiffs,                             :
9                                                     :          Case No.  10 CIV 7735 (NRB)
         -against-                                    :
10                                                    :          ECF Case
    AIRPORT MANAGEMENT SERVICES, LLC,                 :
11  HUDSON NEWS COMPANY, HUDSON                       :
    GROUP LLC, HUDSON GROUP (HG)                      :
12  RETAIL, LLC, and JOHN DOES #1-10,                 :
                                                      :
13            Defendants.                             :
    - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

14                  **DECLARATION OF NAEEM HAIDER**

15        I, Naeem Haider, declare as follows:

16      1.  I have personal knowledge of the facts set forth in this Declaration and, if called as a

17          witness, could and would testify competently as to their accuracy.

18      2.  I currently work as an Operations Manager at Hudson's Grand Central Station operations

19          in New York, New York.

20      3.  I have a degree in Civil Engineering from a university in my native country of Pakistan.

21      4.  I was hired by Hudson in approximately 2001 as a manager and spent two years in the

22          Warehouse before I was promoted to Operations Manager roughly five years ago.  Before

23          working at Hudson, I worked as a Civil Engineer in Pakistan.

24      5.  Since I began work as a Hudson General Manager, I have received a weekly salary which

25          exceeds $455 per week, and I have not experienced any deductions in salary for partial-

26          day absences.  As an Operations Manager, I currently receive a weekly salary of

27

28                                          -1-

DLA PIPER LLP
   (US)
 NEW YORK

EAST\44367453.1

                            DECLARATION OF NAEEM HAIDER

1    approximately $682.31 per week.  My salary is not reduced for variations in the quality or

2    quantity of my work.

3    6.  I generally manage employees during the PM/night shift, which begins at approximately

4    2:30 p.m. and lasts until approximately 1:30 a.m.  I have in the past worked with Plaintiff

5    Rana Khan, who also worked as a manager during the same shift as me.

6    7.  I check into work using the Kronos system, which is an electronic thumbprint

7    identification system.  I do not clock or stamp out of work when I leave the facility.

8    8.  Hudson's Grand Central Station operations consist of six retail locations.  Four retail

9    locations are located within Grand Central, open seven days a week during both the day

10    and the evening.  The other two locations are in office buildings located at 335 Madison

11    Avenue and 337 Madison Avenue and are open weekdays during both the day and night.

12    9.  Notices addressing employees' FLSA and overtime compensation rights are clearly and

13    prominently posted in the facility's time clock room, which is next to the main store.

14    10. The General Manager's Office is located at 51 E. 42nd Street in an office building outside

15    of Grand Central Station, which is also where the cash room and bookkeeping operations

16    are located.

17    11. As an Operations Manager, I share supervision of approximately twenty-two to twenty-

18    three Sales Associates and Watchmen during my shift, spread out over the six retail

19    locations.  I walk around to all six retail locations, checking on the operations.

20    12. As an Operations Manager, I dress in business casual.  The hourly staff wear Hudson logo

21    shirts.

22    13. I utilize independent judgment and discretion in performing my duties.  I spend a

23    significant amount of time performing management duties, and direct my staff in a

24    number of ways, such as how to minimize shrink (i.e. shoplifting) in the stores and how to

25    properly implement company policies on customer service.  I also monitor each of the six

26    locations during rush hour to ensure the operations are running smoothly and there are no

27    merchandise shortages.  If a shortage exists, I make sure it is filled.  When I pitch in to

28

-2-

1    help my staff in an emergency, I do so independently, without being told, not based on

2    any schedule, and at a time and length of my own choice.

3    14. I am responsible for ensuring that customers are satisfied, and that my staff provides good

4    customer service. If a staff member is not providing good customer service, I will pull

5    him or her aside and give instruction on how to better meet customers' needs.

6    15. I train and coach new employees in the day-to-day performance of their duties and give

7    daily training to current employees regarding proper customer service. I conduct on-the-

8    floor training and formal training whereby I show and discuss customer service

9    instructional videos to employees.

10   16. I receive employment applications from walk-in applicants, and conduct pre-interviews

11   whereby I decide whether or not to send the applicant up to the General Manager for a

12   second interview.

13   17. I am responsible for ensuring hourly employees perform their duties and follow company

14   rules. For example, if an employee is not following company policies I will give them a

15   verbal warning. If the violation is serious, I will write up the incident and forward it to the

16   General Manager. I also conduct periodic spot checks of employee cash registers.

17   18. I also have the authority to discipline. For example, if an employee is not wearing the

18   proper work attire, I have the authority to send the employee home. If the General

19   Manager is available I will run the decision by him. However, if he is not available I have

20   the authority to discipline him independently. In any event, the General Manager will

21   seriously consider my recommendations as to employee performance and/or discipline.

22   19. Similarly, I also have the authority to send an employee home if he or she is not feeling

23   well, and call an ambulance if necessary. If the General Manager is available I will run

24   the decision by him. However, if he is not available I will send the employee home

25   independently. When the General Manager or Assistant General Manager are not around

26   in the evening, I will handle situations that come up such as sick employees, publisher

27   visits, and leaking ceilings.

28                                                    -3-

DLA Piper LLP (US)
New York

EAST\44367453.1

DECLARATION OF NAEEM HAIDER

20. I also answer customer complaints about Sales Associates.  When customers ask "Where is your Manager" they are directed to me.  I handle customer complaints and take their statements if necessary.  For example, if a customer complains about being short-changed, I take down their information and pass it along to the office.  Later, after the cash register is closed out, I will call the customer if he or she was in fact short-changed, and ask them to return to the store for a refund.  I also handle customer complaints about Sales Associates if, for example, a customer complains they were treated rudely.

21. I evaluate employee productivity.  For example, if Sales Associates are going above and beyond their duties to ensure customers are happy, I will praise them and let the General Manager know about their good work.  I will also recommend that they receive a $25 Thank You Gift Card, which the General Manager has acted upon a number of times.

22. During the day, I observe and act on customer preferences regarding Hudson merchandise, such as magazines, headphones, camera batteries, candy, sugarless candy, books, international and domestic magazines, small gifts, souvenirs, eyeglasses and beverages.  For example, if the retail stores do not carry a particular item that multiple customers seek, I will make a recommendation to the General Manager that we place an order for that product.  Similarly, if a product is not selling well, I will recommend to the General Manager that we discontinue carrying the product.

23. I also use independent judgment and discretion in performing my managerial duties by meeting with the General Manager on a daily basis to discuss ways in which we can maximize sales and profits.

24. I am also accountable and responsible for minimizing shrink.  I direct Sales Associates on where to stand to properly keep watch of the customers in order to prevent theft.

25. I am held accountable for the proper management and performance of the staff.  For example, if an employee under my direction steals from the company or does not follow company policy, I am held accountable.

26. I am responsible for preparing the employee work schedules for the night shift.  I create the schedule and give it to the Assistant General Manager.  I also record certain activities

1    in the Grand Central Station log book to notify the next shift's managers of various

2    operational issues, such as whether employees called out sick or left early.

3    27. My supervisor is the Grand Central Station General Manager Edwin Soto, who directly

4    supervises me only on occasion.  I provide input and have the authority to make

5    recommendations to him regarding the hiring, discipline (up to and including termination),

6    advancement, and promotion of the hourly staff.

7    28. On March 10, 2011, Plaintiff Rana Khan called me after his deposition.  He claimed that

8    the Company made him a settlement offer of $25,000.  I understand from my General

9    Manager that this is completely false.

10

11   I declare under penalty of perjury under the laws of the State of New York and the United States

12   of America that the foregoing is true and correct and that this declaration was executed this 13

13   day of July     , 2011, at New York, New York.

14

15

16                                              NAEEM HAIDER

17

18

19

20

21

22

23

24

25

26

27

28                                    -5-

# EXHIBIT 14

1    DLA PIPER LLP (US)
     1251 Avenue of the Americas
2    New York, New York  10020
     Tel.:    (212) 335-4500
3    Fax:    (212) 335-4501
     *Counsel for Defendants Hudson Group (HG) Retail, LLC*
4    *and Airport Management Services, LLC*

5    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
6    ------------------------------------------------------- X
     MOHAMMED NABI and RIFAT RIZVI,                     :
7    *on behalf of themselves, FLSA Collective*            :
     *Plaintiffs and the Class,*                           :
8                                                       :
                            Plaintiffs,                 :        Case No.  14 CIV 4635 (VEC)
9                                                       :
            -against-                                   :        ECF Case
10                                                      :
     HUDSON GROUP (HG) RETAIL, LLC,                     :
11   AIRPORT MANAGEMENT                                 :
     SERVICES, LLC and JOHN DOES 1-10,                  :
12                                                      :
                            Defendants.                 :
13   ------------------------------------------------------- X

14                  **DECLARATION OF RAJINDER KAUR**

15          I, Rajinder Kaur, declare as follows:

16      1.  I have personal knowledge of the facts set forth in this Declaration and, if called as a

17          witness, could and would testify competently as to their accuracy.

18      2.  I currently work as an Operations Manager at Hudson's Grand Central Station operations

19          in New York, New York.

20      3.  I was hired as a cashier at Hudson's LaGuardia Airport operations in November 17th,

21          2002.  In or about April 2003 I was promoted to an hourly supervisor position; and two to

22          three years later I was promoted to salaried Operations Manager.  In or about 2008, I was

23          transferred to Grand Central Station.

24      4.  I have a Bachelor's Degree from Khalsa College in India.

25      5.  Since I began work as a Hudson Manager I have received a weekly salary which exceeds

26          $455 per week.  I have not experienced any deductions in salary for partial-day absences.

27          My salary is not reduced for variations in the quality or quantity of my work.

28                                          -1-

6. As a Hudson Manager, I dress in business casual. The hourly staff wears Hudson logo shirts.

7. Notices addressing employees' FLSA and overtime compensation rights are clearly and prominently posted on the employee poster board located in the employee locker room.

8. I check into work using the Kronos system, which is an electronic thumbprint identification system. I do not clock or stamp out of work when I leave the facility.

9. Hudson's Grand Central Station operations consist of five (5) retail locations. Two (2) retail locations are located within Grand Central, open seven days a week during both the day and the evening. The other three (3) locations are in office buildings located at 335 Madison Avenue. The Biltmore and 347 Madison Avenue and are open weekdays during both the day and night.

10. The General Manager's ("GM") Office is located at 420 Lexington, in an office building inside of Grand Central Station, which is also where the cash room and bookkeeping operations are located.

11. As Operations Manager, I share supervision with one other Operations Manager over approximately eighteen (18) Sales Associates and Watchmen, as well as an hourly Supervisor, spread out over the five retail locations.

12. As Operations Manager, I am responsible for opening and closing stores, a duty which hourly staff do not have.

13. I generally walk the floor and rotate amongst all five retail locations during my shift, checking on the operations. I very rarely cover for a cashier – only when there is an emergency and we are totally short-staffed.

14. I work the AM shift, and each morning I walk around to all the locations taking inventory and ordering merchandise to stock our shelves. I direct the hourly staff in making sure the selling floor is neat, orderly, properly displayed, and fully stocked.

15. I help maximize sales by assessing customers' needs, and ensuring the retail locations carry all the products customers are demanding. For example, I am responsible for taking inventory and placing electronics orders from Belkin, the company's electronics

2

DLA Piper LLP (US)
New York

EAST\89157066.1

1   accessories vendor.  It is my responsibility to work with the warehouse throughout the

2   day, to make sure that inventory is delivered efficiently, and that our selling floor is fully

3   stocked.

4   16. Another important responsibility of my job is maximizing sales.  I accomplish this by

5   ensuring my hourly staff are following Hudson's company policies, including its customer

6   service policies.  I remind them to smile more, greet customers, and thank customers for

7   their business.

8   17. I also participate in a Management Incentive Program whereby Hudson managers have the

9   opportunity to receive a bonus if their location exceeds sales targets.  I therefore look for

10  opportunities to increase sales.  For example, I will recommend that the company carry

11  certain products, such as Belkin electronics accessories.  The GM will generally act on my

12  recommendations.

13  18. In January, I will receive training in the Dufry Plus One Management Program, which

14  teaches managers like myself enhanced customer service and sales techniques.

15  19. As Operations Manager, I independently handle most operation and personnel issues.  I

16  will involve the GM or Assistant General Manager ("AGM") only when necessary.  For

17  example, when associates become sick or wish to leave work early, they must check with

18  an Operations Manager.  I have the authority to independently send the employee home.

19  20. I also independently handle almost all customer complaints.  If a customer is unhappy, it

20  is up to me to satisfy that customer.  Unless there is a major issue, I do not seek the GM's

21  input.

22  21. Generally, the Operations Managers on duty are responsible for determining where each

23  Sales Associates and Expeditors will be working each shift.  Each morning I receive a list

24  of what hourly staff are scheduled to work.  I then exercise discretion and independent

25  judgment by assigning our most skilled Sales Associates (quickest and with best customer

26  service) to cover our busiest stores.  I account for call-outs and delegate how to best

27  distribute the staff on-hand.

28

-3-

DLA Piper LLP (US)
New York

EAST\89157066.1

DECLARATION OF RAJINDER KAUR

22. The clientele and operations in the train stations are very hectic and fast. I therefore manage traffic flow so there is quicker service and customer lines move fast. I make sure cashiers are working efficiently, and I motivate Sales Associates to expedite each transaction quicker. I independently send employees on breaks, and direct overall employee coverage at the stores.

23. As an Operations Manager, I am held accountable for any theft or shrink (internal or external) that occurs when I am on duty. At the retail locations, I make sure that associates are keeping a watchful eye on customers to prevent theft. Additionally, when receiving orders from the warehouse, I inspect the boxes to make sure they are delivered with the seal intact and have not been tampered with.

24. To minimize shrink, I also implement company policy by making sure that merchandise transferred from store to store follows protocol – it must be sealed, inventoried, and signed by the receiving and shipping managers.

25. I am also accountable for the proper display and merchandizing of retail products. I am responsible for implementing Hudson policies regarding merchandising and customer service. I emphasize teamwork with my associates and correct them if they make mistakes.

26. I keep track of the hourly employees' work, and based on my observations, make recommendations to the General Manager regarding their performance and productivity, especially if they are hard working. The General Manager will seriously consider my recommendations. I also randomly spot check hourly staff members' cash registers to make sure they are doing their jobs correctly.

27. As an Operations Manager, I train and coach new employees in the day-to-day performance of their duties and give daily training to current employees regarding proper customer service and how to handle the rush hour crowds. I also train associates on how to watch for theft.

28. At the end of the shift, I enter the day's operational events into a Manager Logbook for the General Manager's review.

-4-

29. I attend manager meetings organized by the General Manager, where I provide input on the operations and we discuss operational issues as a group. The General Manager will seriously consider my recommendations and I am usually free from direct supervision by the General Manager.

30. I have good relationships with my hourly staff, and they generally follow my directions. Regarding discipline or termination, however, I am required to consult with my GM because the hourly staff are members of a union, and the company must follow strict procedures when disciplining union member employees.

31. I provide input and have the authority to make recommendations to the GM regarding the hiring, discipline (up to and including termination), advancement, and promotion of the hourly staff.

32. My duties and responsibilities are generally the same as those listed on the Hudson job description for Operations Managers.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct and that this declaration was executed this 31 day of _Dec_ , 2014 at New York, New York.

_Rajinder Kaur_
RAJINDER KAUR

-5-

DLA PIPER LLP (US)
NEW YORK

EAST\89157066.1

DECLARATION OF RAJINDER KAUR



**Position: Assistant Manager/Operations Manager**

**Reports to: General Manager**

---

## Job Summary:

Assists the General Manager in executing the day-to-day activities in support of the strategic planning initiatives to ensure a productive and profitable operation, while helping to promote an overall corporate image of excellence through a strong work ethic, leadership by example, and the consistent delivery of excellent customer service and store visual presentation throughout the operation.

## Job Responsibilities:

- Assist the General Manager in maximizing sales and profits by meeting and exceeding sales budgets while minimizing shrink.
- Assists the General Manager in recruiting and developing quality staff at all levels. Provides input to location succession planning.
- Provides leadership, effective management and training for staff.
- Ensures communications from home office and the General Manager is delivered to all staff levels.
- Ensures full adherence to all company policies and procedures.
- Implements and enforces controls that protect the companies assets from internal and external shrink.
- Ensures over-all floor coaching and supervision is delivered consistently to ensure excellent customer service.
- Completes on a timely basis all administrative work as assigned by the General Manager, (i.e. scheduling, back office administration).
- Performs daily/ weekly operational audits.
- Ensures adherence to all promotional programs and reports deficiencies in compliance to the General Manager.
- Demonstrates excellent product knowledge and visual merchandising skills
- Performs daily inspections in each store to ensure company standards in visual presentation, stock replenishment and housekeeping are maintained.

