# EXHIBIT 15

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020
Tel.:    (212) 335-4500
Fax:    (212) 335-4501
*Counsel for Defendants Hudson Group (HG) Retail, LLC
and Airport Management Services, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

MOHAMMED NABI and RIFAT RIZVI,
*on behalf of themselves, FLSA Collective
Plaintiffs and the Class,*

                    Plaintiffs,

         -against-

HUDSON GROUP (HG) RETAIL, LLC,
AIRPORT MANAGEMENT
SERVICES, LLC and JOHN DOES 1-10,

                   Defendants.

-------------------------------------------------------- X

Case No.  14 CIV 4635 (VEC)

ECF Case

## DECLARATION OF RAFIQUL KHANDER

I, Rafiqul Khander, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently as to their accuracy.

2. I currently work as a Merchandise/Operations Manager at Hudson's Grand Central Station operations in New York, New York.

3. I was initially hired as an Expeditor at Hudson's Port Authority operations on July 14th, 1993.  I requested a promotion in April 2008, and was promoted to Merchandise Manager on April 15th, 2008, putting me in charge of the candy warehouse at Port Authority.  In August 2014, I was transferred to Hudson's Grand Central Station operations.

4. I have a Bachelor's Degree from Rajinder College in Bangladesh.  Prior to joining Hudson, I was a Manager at a garment factory in India.

5. Since I began work as a Hudson Manager, I have received a weekly salary which exceeds $455 per week.  I have not experienced any deductions in salary for partial-day absences. My salary is not reduced for variations in the quality or quantity of my work.

6. I check into work using the Kronos system, which is an electronic thumbprint identification system. I do not clock or stamp out of work when I leave the facility.

7. Notices addressing employees' New York Labor Law, FLSA, and overtime compensation rights are clearly and prominently posted on the employee poster board located in the employee locker room.

8. As a Merchandise/Operations Manager, I dress in business casual. The hourly staff wears Hudson logo shirts.

9. Hudson's Grand Central Station operations consist of five (5) retail locations. Two (2) retail locations are located within Grand Central, open seven days a week during both the day and the evening. The other three (3) locations are in office buildings located at 335 Madison Avenue; The Biltmore and 347 Madison Avenue and are open weekdays during both the day and night.

10. Hudson's Port Authority operations consisted of twelve (12) retail stores, and two (2) warehouses. Generally, if I was on the selling floor, I covered two (2) to three (3) stores each shift, along with other managers that were on-duty.

11. As Merchandise/Operations Manager, my duties included: ensuring stores are well stocked, merchandised, and neat at all times; ensuring that my staff and I make every attempt to maximize sales for the company; canvassing the retail locations and coordinating the restocking of merchandise; pricing of merchandise; coordinating inventory counts (i.e. cigarettes, phone cards, beverages, etc.); training new employees; personally providing and ensuring that my staff provides outstanding customer service; implementing company policies and procedures; coordinating with the warehouse to ensure product availability and inventory levels; inventory control; and ensuring the smooth operation of all daily functions.

12. As Merchandise/Operations Manager, I also opened and closed stores. This was a responsibility that only Managers could perform.

13. I also handle accounts with the company's primary vendors, such as Coke, Godiva, Resnick, and Jetway Snacks.

-2-

14. I utilize independent judgment and discretion when performing my duties.  For example, I decide what items to order, with the goal of maximizing sales for the company.  I also regularly make suggestions to the General Manager on merchandise and products to carry. My responsibility for keeping inventory levels appropriately stocked is important for the company's profitability.  This requires expertise and an understanding of variances, such as incorrect orders, miscounts, over-orders, and more.  If we are short on manpower to conduct a proper inventory, I will conduct "blind man' orders to make sure the company's inventory levels are appropriately stocked.

15. I regularly supervised numerous hourly associates, and directed Expeditors to distribute merchandise to the stores

16. If I am on vacation, the General Manager will cover my duties.

17. I spend more than half my time performing managerial duties, directing employees on how to receive inventory, how to return products to vendors, and how to display the merchandise in the retail stores.

18. If an employee is insubordinate and/or does not follow instruction, I have the authority to give warnings, correct employee behavior, and will report the employee to the General Manager for formal discipline.

19. With my staff, I am strict in making sure they perform their duties.  Overall I have a relaxed management style, but am assertive when necessary.

20. My supervisor is the General Manager, who does not constantly watch or supervise my daily activities.   I also provide input and have the authority to make recommendations to him regarding the hiring, discipline (up to and including termination), advancement, and promotion of the hourly staff.

-3-

1   I declare under penalty of perjury under the laws of the State of New York and the United States

2   of America that the foregoing is true and correct and that this declaration was executed this _O1_

3   day of _O1_ , 2015, at New York, New York.

                                        RAFIQUL KHANDER

DLA PIPER LLP (US)
NEW YORK

EAST\89057657.1

DECLARATION OF RAFIQUL KHANDER

# EXHIBIT 16

1  DLA PIPER LLP (US)
   1251 Avenue of the Americas
2  New York, New York  10020
   Tel.:  (212) 335-4500
3  Fax:  (212) 335-4501
   *Counsel for Defendants Hudson Group (HG) Retail, LLC*
4  *and Airport Management Services, LLC*

5  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
6  ------------------------------------------------ X
   MOHAMMED NABI and RIFAT RIZVI,
7  *on behalf of themselves, FLSA Collective*
   *Plaintiffs and the Class,*
8
                                    Plaintiffs,          :
9                                                        :      Case No.  14 CIV 4635 (VEC)
                     -against-                           :
10                                                       :            ECF Case
   HUDSON GROUP (HG) RETAIL, LLC,                        :
11 AIRPORT MANAGEMENT                                    :
   SERVICES, LLC and JOHN DOES 1-10,                     :
12                                                       :
                                    Defendants.          :
13 ------------------------------------------------ X

14            **DECLARATION OF ANNA KOVALYK**

15     I, Anna Kovalyk, declare as follows:

16  1.  I have personal knowledge of the facts set forth in this Declaration and, if called as a

17      witness, could and would testify competently as to their accuracy.

18  2.  I currently work for Airport Management Services, LLC, a subsidiary of Hudson Group

19      (HG) Retail, LLC, (collectively "Hudson") at its Seattle-Tacoma Airport operations in

20      SeaTac, Washington.

21  3.  I was hired by Hudson in May 2005 as an Assistant Operations Manager, and was paid on

22      a salary basis.  I was promoted to Operations Manager within 8 months.  I was then

23      promoted to Human Resources ("HR") Manager in 2011.

24  4.  Since I began working at Hudson, I have always received a weekly salary which exceeds

25      $455 per week, and I have not experienced any deductions in salary for partial-day

26      absences.  My salary is not reduced for variations in the quality or quantity of my work.

27  5.  Hudson's SeaTac Airport operations consist of twenty-two (22) retail locations

28      interspersed throughout the Airport, and one primary warehouse, which is located outside

DLA PIPER LLP
   (US)
  NEW YORK

EAST\88975263.2

DECLARATION OF ANNA KOVALYK

of the Airport.  There are five concourses at SeaTac.  As Operations Manager, I was responsible for managing the Hudson retail locations located in one of the five SeaTac concourses, which included between four (4) to five (5) stores depending on the concourse.  Sometimes Operations Managers have responsibility for three (3) stores, when their coverage includes certain high volume stores combined with low volume stores, allowing managers time to focus on the needs of all of their store.

6.  The management structure is comprised of the General Manager ("GM"), Jacob Carlson, various Operations Managers (sometimes referred to at Sea-Tac as Store Managers), Assistant Operations Managers, Warehouse Managers, and myself as Human Resources Manager.  We are all paid on a salary basis.  Overall there are approximately 29 salaried managers who supervise approximately 189 hourly employees, including both union and non-union employees.

7.  As Managers, we hold daily meetings during the shift change between AM and PM, to allow Managers to discuss operational issues.  These daily meetings are attended by myself (as Human Resources Manager), administrative/accounts payable manager, a General Manager and/or Assistant General Manager, and the Warehouse Manager (if available).

8.  Managers also attend regular and periodic meetings where we discuss a number of management and operational issues, including but not limited to sales, profitability, discontinued items, new developments at the company, revenue goals, merchandising, and customer service.  These meetings are held periodically during the slow season, and more frequently during the busy season.  For example, during the summer, Manager meetings may be held as often as once a week or more if necessary.

9.  As both Human Resources Manager and Operations Manager, I have always dressed in business casual.  The hourly staff wear Hudson logo shirts.

10. As Operations Manager, I was responsible for the Morning Shift, and supervised approximately thirteen (13) employees each day, distributed throughout my concourse at five (5) Hudson News Gift Shops and one (1) Hudson News Bookstore.  My day-to-day

managerial duties involved opening up the stores at 4:00 a.m., getting cashiers checked into the registers, and making sure tables and merchandise displays were properly set up.

11. As Operations Manager, I spent approximately 90% of my day performing managerial duties, examples of which are discussed in further detail below.

12. I regularly appraised employee productivity. In this regard, I prepared Hudson Group Sales Associate Evaluation Forms, whereby I evaluated hourly staff in a number of areas, including whether they dressed appropriately, offered friendly greetings to customers, offered assistance to ensure that customers found what they were looking for, upsold or suggested appropriate add-on items, provided quick and accurate service, and their overall level of friendliness to customers. Such evaluations were also regularly performed by my Assistant Operations Managers.

13. I also handled both employee and customer complaints, and disciplined employees if necessary. For example, in November 2008, I received a complaint that a cashier, Lynn Amato, was harassing and bullying others. I investigated the matter by watching the security surveillance videos and speaking to other associates to corroborate the complainant's story. Upon the conclusion of my investigation, I spoke to the employee and wrote her up, informing her that further disciplinary action could lead to termination.

14. I am authorized to, and have on a number of occasions, disciplined employees. In addition to disciplining Lynn Amato as explained above, I have sent workers home for numerous reasons, including failure to follow company policies, insubordination, and not wearing proper uniforms. For example, in November 2010, one of my staff members, Ladan Jama, showed up at work with her nose pierced. I explained this was against Hudson policy prohibiting such piercings while at work, and directed her to remove it. The employee refused, started arguing, and eventually was sent home by myself and another manager as a witness. I have also sent employees home for showing up at work in inappropriate clothing, such as hooded sweatshirts.

15. As Operations Manager, I controlled employee break schedules. For example, I directed employees as to when to take their breaks, and ensured that there were at least two (2)

cashiers open in each location at all times.  I utilized independent judgment and discretion in order to facilitate my management of employee breaks, and devised a chart system for tracking employees' breaks so that I know where all employees are at all times for scheduling purposes.  In part, this came about because employees were unhappy with coworkers spending too long on their breaks and leaving them without relief.

16. I regularly trained employees in the performance of their duties.  For example, I showed them how to use the cash register system, how to use the credit card authorization machine, and how to process discounts.  I also instructed employees on how to properly display merchandise in a presentable and appealing manner.  For example, I instructed employees on how to arrange souvenirs (i.e. ensuring that the tallest souvenirs are in the middle of the displays while the smallest souvenirs are on the sides) and T-shirts (i.e. ensuring that all size stickers are placed in the same location and merchandise is organized in an orderly fashion).  If I noticed that any merchandise is not displayed properly, I would direct an associate to correct it, and if necessary, instruct the associate on how to properly arrange the merchandise.  I regularly spot checked the work of my staff, and was accountable for their performance.

17. As an Operations Manager, I was also responsible for cash handling and safekeeping.  For example, I was present in the morning with my associates when we did cash counts for the registers, each of which contain $500 at the start of the shift.  I was responsible for correcting any cash shortages or overages.  I was also responsible for all of the cash in the Hudson locations in my concourse, and had access to a designated concourse cash safe, which contained $3,000.  I distributed change to the five (5) Hudson locations in my concourse from this safe.

18. In addition to the duties described above, I also regularly utilized discretion and independent judgment by deciding what products and merchandise to display at the front of each store.  I analyzed Top 20 Weekly Reporters to assess sales activity in order to satisfy customer demands.

-4-

19. I ran the day-to-day operations of my locations; the GM checked in with me only periodically.

20. As HR Manager, I'm responsible for time and attendance, disciplining employees, documenting discipline for Operations Managers, keeping track of vacation and sick time, coordinating the Out-In-Front Program (a heightened customer service program to increase sales), communicating with different Port officials, preparing quarterly reports to the Port of Seattle Credentials Center, managing union employee health insurance, ensuring that appropriate hours are reported, making sure day-to-day employee needs are met, and more. I have a Human Resources assistant to alleviate some of my responsibilities.

21. My Operations Managers have authority to discipline employees on the spot, and do not need to seek HR or GM approval. My Operations Managers generally keep me in the loop, but do not have to seek approval from myself or the GM to discipline anyone.

22. Sea-Tac has three Hudson Bookseller operations, which are managed by an Operations Manager with a specialized Books Operation background and knowledge. Her name is Sandra Monk, and she generally runs daily operations like other Operations Managers. A couple days a week, however, she is assigned to the Hudson Bookseller operations to make sure they are running properly, train Associates in Book operations, ensure Book promotions are displayed properly, conduct spot audits, place special Book orders, and more.

23. At all times, I am responsible for and overseeing the performance of staff members' duties.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct and that this declaration was executed this 23 day of December, 2014, at SeaTac, Washington.


-5-        ANNA KOVALYK

# EXHIBIT 17

1  DLA PIPER LLP (US)
   1251 Avenue of the Americas
2  New York, New York  10020
   Tel.:   (212) 335-4500
3  Fax:   (212) 335-4501
   *Counsel for Defendants Hudson Group (HG) Retail, LLC*
4  *and Airport Management Services, LLC*

5  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
6  ------------------------------------------------------- X
   MOHAMMED NABI and RIFAT RIZVI,                          :
7  *on behalf of themselves, FLSA Collective*              :
   *Plaintiffs and the Class,*                             :
8                                                          :
                              Plaintiffs,                  :      Case No.  14 CIV 4635 (VEC)
9                                                          :
                  -against-                                :              ECF Case
10                                                         :
   HUDSON GROUP (HG) RETAIL, LLC,                          :
11 AIRPORT MANAGEMENT                                      :
   SERVICES, LLC and JOHN DOES 1-10,                       :
12                                                         :
                              Defendants.                  :
13 ------------------------------------------------------- X

14                **DECLARATION OF HABIB MAZUMDER**

15       I, Habibullah Mazumder, declare as follows:

16   1.  I have personal knowledge of the facts set forth in this Declaration and, if called as a

17       witness, could and would testify competently as to their accuracy.

18   2.  I currently work as an Operations Manager at Hudson's Grand Central Station operations

19       in New York, New York.

20   3.  In 2006, I was hired as a salaried Operations Manager.  Prior to working at Hudson, I

21       worked as a manager for Riese Restaurants, and was employed as a General Manager of

22       Le Croissant Shop.

23   4.  I have a Bachelor of Science degree in Math and Science from a university in my native

24       country of Bangladesh.

25   5.  Since I began work as a Hudson Manager, I have received a weekly salary which exceeds

26       $455 per week.  I have not experienced any deductions in salary for partial-day absences.

27       My salary is not reduced for variations in the quality or quantity of my work.

28                                       -1-

DLA PIPER LLP
(US)
New York

EAST\83868531.2

DECLARATION OF HABIB MAZUMDER

6.  I generally manage employees during the PM/night shift, which begins at approximately 1:30 p.m. and lasts until approximately 1:30 a.m.   The General Manager is not on duty at night, so she relies on me as her eyes and ears.

7.  I am more of a coach and counsel type of manager – I will note what the issue is, counsel, and retrain the employee.

8.  I check into work using the Kronos system, which is an electronic thumbprint identification system.  I do not clock or stamp out of work when I leave the facility.

9.  Hudson's Grand Central Station operations consist of five (5) retail locations.  Two (2) retail locations are located within Grand Central, open seven days a week during both the day and the evening.  The other three (3) locations are in office buildings located at 335 Madison Avenue; The Biltomore and 337 Madison Avenue and are open weekdays during both the day and night.

10. Notices addressing employees' FLSA and overtime compensation rights are clearly and prominently posted on the employee poster board located in the employee locker room.

11. The General Manager's Office is located at 420 Lexington, in an office building inside of Grand Central Station, which is also where the cash room and bookkeeping operations are located.

12. As an Operations Manager, I share supervision of approximately eighteen (18) Sales Associates and Watchmen during my shift, spread out over the five retail locations.  I generally walk the floor and rotate amongst all five retail locations during my shift, checking on the operations.

13. As an Operations Manager, I dress in business casual.  The hourly staff wears Hudson logo shirts.

14. As Operations Manager, an important responsibility of my job is maximizing sales.  I am always looking for business opportunities for the company.  I accomplish this by ensuring my hourly staffs are following Hudson's company policies, including its customer service policies.  I train my sales associates to always be friendly and upsell by, for example, always asking customers if they want a bottle of water with every purchase.  This has

boosted the sales of water and made it a best selling item at the Grand Central Station operations. I always talk with Sales Associates, and give them customer service tips – to make sure they are upselling Diet Coke, Vitamin Water, Seltzer Water, magazines, books, snacks, and more. I train Watchmen to do this also.

15. I give daily customer service tips to my staff, such as how to properly greet customers and say goodbye. We are professional people. I don't like to see any employee look negative at all; they must do their best to make customers happy.

16. I also help maximize sales by assessing customers' needs, and ensuring the retail locations carry all the products customers are demanding. If customers seek an item that our stores do not carry, such as a specific magazine title, I will make a recommendation to my General Manager that we carry the product going forward.

17. I also evaluate sales activity by notifying the General Manager when an item is a "sleeping product", which is an item that is not selling and taking up merchandise space on the selling floor. When a vendor promotes a new product, I will evaluate it before determining whether to recommend it to the General Manager.

18. The General Manager will set a sales goal and target for each day – which I try to beat. Every morning, I take an X-Reading from the registers, which tells me the prior shift's purchases and sales. I will then set my own sales goals and targets for my shift, to beat the General Manager's number. If we beat our monthly goals by 1% each period, Grand Central managers (including me) will get a bonus.

19. I therefore manage traffic flow so there is quicker service and customer lines move fast. I make sure cashiers are working efficiently, and I motivate Sales Associates to expedite each transaction quicker - in and out as fast as possible. At big stores, like No. 8, I make sure cashiers are spread out around the store, and that my watchmen are keeping inventory full. While I will pitch in to help when busy, I spend over half my time managing the hourly staff.

20. As an Operations Manager, I am held accountable for any theft or shrink (internal or external) that occurs when I am on duty.

-3-

21. At the retail locations, I make sure that associates are keeping a watchful eye on customers to prevent theft, such as when customers place expensive magazines within inexpensive newspapers to avoid paying for the item.  Additionally, when receiving orders from the warehouse, I inspect the boxes to make sure they delivered with the seal intact and have not been tampered with.

22. To minimize shrink, I also implement company policy by making sure that merchandise transferred from store to store follows protocol – it must be inventoried, and signed by the receiving and shipping managers.

23. I am also accountable for the proper display and merchandizing of retail products.  I am responsible for implementing Hudson policies regarding merchandising and customer service.   I emphasize teamwork with my associates and correct them if they make mistakes.

24. I keep track of the hourly employees' work, and based on my observations, make recommendations to the General Manager regarding their performance and productivity.  The General Manager will seriously consider my recommendations.  I also randomly spot check hourly staff members' cash registers to make sure they are doing their jobs correctly.

25. As an Operations Manager, I train and coach new employees in the day-to-day performance of their duties and give daily training to current employees regarding proper customer service and how to handle the rush hour crowds.  I also train associates on how to watch for theft and how to politely ask individuals about items they may have forgotten to pay for.

26. I also address employee complaints.   For example, when a company policy was recently implemented to reduce shrink by issuing more warnings in the case of overages and shortages, I helped finesse the situation by explaining the importance of this policy to our hourly staff.

-4-

27. When associates become sick or wish to leave work early, they must check with an Operations Manager.  If the General Manager is available I will run the decision by him, but I do have the authority to independently send the employee home.

28. At the end of the shift, I enter the day's operational events into a Manager Logbook for the General Manager's review.

29. I attend manager meetings organized by the General Manager, where I provide input on the operations and we discuss operational issues as a group.  The General Manager will seriously consider my recommendations and I am usually free from direct supervision by the General Manager.  I provide input and have the authority to make recommendations to him regarding the hiring, discipline (up to and including termination), advancement, and promotion of the hourly staff.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct and that this declaration was executed this ___ day of _____, 2014, at New York, New York.

HABIB MAZUMDER

DLA Piper LLP (US)
New York

EAST\83868531.2

-5-

DECLARATION OF HABIB MAZUMDER

# EXHIBIT 18

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel.:   (212) 335-4500
Fax:   (212) 335-4501
*Counsel for Defendants Hudson Group (HG) Retail, LLC
and Airport Management Services, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

MOHAMMED NABI and RIFAT RIZVI,
*on behalf of themselves, FLSA Collective
Plaintiffs and the Class,*

                       Plaintiffs,

        -against-

HUDSON GROUP (HG) RETAIL, LLC,
AIRPORT MANAGEMENT
SERVICES, LLC and JOHN DOES 1-10,

                     Defendants.

---------------------------------------------------------- X

Case No.  14 CIV 4635 (VEC)

ECF Case

## DECLARATION OF YVONNE MONTERO

I, Yvonne Montero, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently as to their accuracy.

2. I currently work for Airport Management Services, LLC, a subsidiary of Hudson Group (HG) Retail, LLC, (collectively "Hudson") at its Newark Airport operations.

3. I was hired in approximately October 2009 as a cashier at Hudson's Newark Airport operations. I was promoted to hourly Supervisor, and then about one year later, I was promoted to Operations Manager.

4. Since I began working as a Hudson Manager, I have always received a weekly salary which exceeds $455 per week, and I have not experienced any deductions in salary for partial-day absences. My salary is not reduced for variations in the quality or quantity of my work.

-1-

5. I work at Terminal A of Newark Airport, which is comprised of approximately nine (9) stores, including Hudson News newsstands, one Hudson Bookseller, one Tech-on-the-Go electronics store, and one Papyrus greeting card store.

6. As Operations Manager, I dress in business casual. The hourly staff wear Hudson logo shirts.

7. I am responsible for managing the Hudson retail locations in Terminal A.

8. The management structure is comprised of the General Manager ("GM"), Juan Alsina, who is responsible for all three Newark Airport terminals. There is also an Assistant General Manager ("AGM"), Joe Curbelo. There are only two Operations Managers in Terminal A. I am the AM Operations Manager. During the PM Shift, there is one other Operations Manager. We manage approximately 20-23 hourly Cashiers, Stock Persons, and Supervisors.

9. As Operations Manager for the AM shift, I go to the office each morning to review paperwork, including notifications from the night shift on operational issues - i.e. issues with registers, inventory shortages, etc.

10. I try to do as much paperwork as early as possible so I can walk the stores to make sure everything is properly set up, and make sure my hourly Supervisors are doing their jobs. Sometimes my Supervisors stay in one store, sometimes they cover breaks or float around the stores. I give my hourly Supervisors authority to move cashiers, and urge them to use their own independent judgment whenever possible.

11. I also make a list for the day directing where each of the cashiers will work. I use independent judgment by deciding where each cashier will work. For example, some stores open at 4:00 AM, so I move all available cashiers to that store. Then at 4:30 AM another store opens, which requires me to delegate a portion of my available cashier pool to that store, and so on.

12. When employees call in sick, they are supposed to call me or the AGM two hours in advance. If we are extremely short-handed, I will call in other off-duty cashiers to come to work. I basically manage the situation the best way I can. I will even pull stock people to

1      place on registers in a pinch, which is why I like to train stock personnel to use cash

2      registers.

3      13. If a Cashier has to leave early, they must notify me. I will then make coverage

4      arrangements. I do NOT have to run this by the AGM or GM. I make the decision right

5      there.

6      **Training and Discipline**

7      14. At all times, I am responsible for and overseeing the performance of staff members'

8      duties.

9      15. I constantly instruct my staff to upsell and provide the best customer service – for

10     example, I make sure they smile all the time and handle all customer requests. I am

11     accountable for customer service at all times for those I manage, as well as the cleanliness

12     of my stores.

13     16. If employees are not doing their job properly, I will counsel them. If they continue to

14     perform poorly, I will recommend termination. For example, a few months ago I had to

15     constantly remind a new Cashier to upsell and not read magazines in the store. Even

16     though I spoke to him several times, he still did not follow procedures. I therefore

17     recommended termination. He was fired.

18     17. If a Cashier is short more than 5 dollars, I will give that Cashier a verbal warning. If the

19     shortage is severe, I will report to the AGM. If it is a new cashier that is short a

20     significant amount, I will recommend termination.

21     18. When employees are tardy, I am required to follow the Union contract provisions – i.e.,

22     progressive discipline. I have regularly disciplined and terminated employees for repeat

23     absences. Generally, I get a printout of absences once a month, and then give verbal

24     warnings, written warnings, suspensions, and termination.

25     19. I also handle all customer complaints about merchandise and employees. If a customer

26     complains about employee rudeness, I will talk to the employee and document it. If

27     performance does not improve, I will eventually terminate. I apologize to the customer on

28     behalf of the company.             -3-

1  20. When employees do not get along with each other, I handle the situation.  Recently, a

2      newsstand cashier refused to work with another cashier.  I told her: "*either you work or go*

3      *home; you cannot decide where you can work. You work where we need you.*"

4                                    **Hiring and Promoting**

5  21. I look for smart supervisors, who understand the workforce.  I also prize the fastest

6      cashiers.

7  22. If I need more staff, I will get in touch with HR.  Then HR will send me a candidate.  I

8      conduct the interviews, and if I want to hire the individual, I will send an email to HR

9      instructing them to hire the candidate as soon as possible.  HR will do the paperwork.

10 23. Employees from other stores in the airport will often come and ask me for a job.

11 24. I inform the GM who the hardest workers in Terminal A are – and who should be

12     promoted.  For example, Mohammed Risz was a very hard stock worker, always pitching

13     in extra to open stores.  Mohammed was always available to come in when I called as

14     well.  I recommended his promotion. Mohammed was promoted to Supervisor.

15                                     **Maximizing Sales**

16 25. As Operations Manager, I am accountable for maximizing sales.  I therefore always make

17     sure hot selling items are fully stocked, and that the warehouse is getting merchandise

18     over regularly.  Indeed, if there is a hot seller, I will call the Warehouse and tell them to

19     buy more.  Indiana Popcorn (all 3 flavors), for example, is a recent hot seller.

20 26. I am responsible for merchandising.  If a product sells out, I cannot leave that space

21     empty.  I will go to warehouse to see products are available and will order new products,

22     such as I Love New York t-shirts and souvenirs.

23 27. As a Hudson Manager, I get a cash bonus if we exceed sales goals by a certain amount.  In

24     2014, we beat sales goals at least 3-4 times.

25

26

27

28                                          -4-

1      I declare under penalty of perjury under the laws of the State of New Jersey and the United States

2   of America that the foregoing is true and correct and that this declaration was executed this _____

3   day of January, 2015, at Newark, New Jersey.

 

                                     YVONNE MONTERO

-5-

# EXHIBIT 19

1  DLA PIPER LLP (US)
   1251 Avenue of the Americas
2  New York, New York  10020
   Tel.:    (212) 335-4500
3  Fax:    (212) 335-4501
   *Counsel for Defendants Hudson Group (HG) Retail, LLC*
4  *and Airport Management Services, LLC*

5  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
6  ------------------------------------------------------- X
   MOHAMMED NABI and RIFAT RIZVI,                        :
7  *on behalf of themselves, FLSA Collective*             :
   *Plaintiffs and the Class,*                            :
8                                                         :
                                       Plaintiffs,        :
9                                                         :        Case No.  14 CIV 4635 (VEC)
                  -against-                                :
10                                                        :                 ECF Case
   HUDSON GROUP (HG) RETAIL, LLC,                        :
11 AIRPORT MANAGEMENT                                    :
   SERVICES, LLC and JOHN DOES 1-10,                    :
12                                                       :
                                       Defendants.       :
13 ------------------------------------------------------- X

14              **DECLARATION OF MANSOOR SHAH**

15       I, Mansoor Shah, declare as follows:

16   1.  I have personal knowledge of the facts set forth in this Declaration and, if called as a

17       witness, could and would testify competently as to their accuracy.

18   2.  I currently work for Hudson Group (HG) Retail, LLC as an Operations Manager at

19       Hudson's Penn Station operations in New York, New York.

20   3.  I have a graduate degree in Communications from a University in my native country of

21       Pakistan.

22   4.  Prior to working at Hudson, I was a Major in the Qatar Army.

23   5.  I was hired by Hudson in 1995 as a Warehouse Associate at its Penn Station operations.

24       In approximately 2000-2001, I was promoted to Warehouse Manager. I was promoted to

25       Operations Manager approximately one year ago.

26   6.  As both an Operations Manager and Warehouse Manager, I have always received a

27       weekly salary which exceeds $455 per week, and I have not experienced any deductions

28                                          -1-

1     in salary for partial-day absences.  My salary is not reduced for variations in the quality or

2     quantity of my work.

3   7.  Penn Station consists of seventeen (17) locations.  Twelve (12) are located within Penn

4     Station, two (2) are located at the Jacob Javits Center, two (2) are located at 33rd Street

5     and one (1) is located at the World Trade Center.

6   8.  I check into work using the Kronos system, which is an electronic thumbprint

7     identification system.  I do not clock or stamp out of work when I leave the facility.

8   9.  Notices addressing employees' FLSA and overtime compensation rights are clearly and

9     prominently posted on the main notice board, in front of the main entrance to the

10    employee room.

11                 **Operations Manager Duties**

12  10. I manage the Night Shift, which runs from approximately 9PM to 7AM.  I am the only

13     Operations Manager on duty during the Night shift.  Edwin Soto, the General Manager

14     ("GM") rarely supervises or directly watches over me.

15  11. The GM is not on duty at night.  I therefore act as his eyes and ears.  At the end of the

16     Night shift, I debrief the AM Operations and Human Resources Managers, letting them

17     know if there are any employee or customer issues that need to be followed through on.

18  12. My management style is reasonable and tempered. Under my direction is an hourly

19     Supervisor, Qazi Furguan, and approximately thirteen (13) other hourly Sales Associates,

20     Expeditors, and Dunkin Donuts employees.

21  13. I am responsible for managing Store No.'s 1, 3, 4 and 8.  While I move around to all the

22     stores, I pay particular attention to Store No. 3, which is the busiest store during the Night

23     shift.  From Store No. 3, I command all the stores by telephone, and will physically visit

24     other stores when necessary to handle serious issues, such as cash register malfunctions,

25     customer complaints, or unruly drunk patrons.

26  14. If, for example, there are merchandise problems or shortages, I direct Sales Associates to

27     fix or replenish the product.  I handle customer complaints, and ensure that everyone

-2-

28

under my direction is giving the best possible service to our customers. I will also handle more difficult situations involving drunk or violent customers.

15. As Operations Manager, I independently determine which staff members are assigned to which stores. I make my decisions based on the strengths of staff members and the needs of each store. For example, I know that Mr. Furquan is a very capable worker, so I generally assign him to our busiest locations - Store No.'s 3 and 4.

16. I also independently determine which staff members go on break and ensure there is sufficient coverage throughout the locations.

17. I handle all voids and return of store items. I am accountable for protecting company assets. I also independently conduct spot checks on Sales Associates' registers. If there is a shortage, I will report to the Bookkeeping Manager and the GM. My report will trigger an investigation, and lead to more random spot checks of that Sales Associate. I will also keep a closer eye on that Sales Associate. The spot check is just one of the ways I make sure the hourly staff are doing their jobs properly.

18. I am responsible for customer satisfaction and held accountable if my staff does not follow company policy. I therefore ensure that Sales Associates are giving the best customer service, following the Travelers Best Friend policies, smiling at customers, keeping the stores neat, clean, and stocked, and upselling at checkout.

19. I gather customer requests and desires, and regularly give the GM recommendations on ways to maximize sales, such as placing Godiva Chocolates at the front of the stores during the winter holiday seasons. (Godiva Chocolates alone accounted for approximately $21,000 in sales last year.)

20. I attend monthly manager meetings, which are attended by all managers (PM and AM), where we discuss sales, customer service, upcoming promotions and programs, minimizing shrink, inventory expectations, general operational issues, and more.

21. I am responsible for training all new Night employees, and generally spend two weeks training each new Cashier, Expeditor, and Sales Associate. I train them in a number of

-3-

1    areas, including how to use the cash registers, watch for shoplifting, learning the

2    merchandise names, pricing, and how to deal with difficult customers,

3    **Discipline/Hiring/Promotion**

4    22. I provide input regarding staff to the GM and have the authority to make

5    recommendations to him regarding the hiring, discipline (up to termination),

6    advancement, and promotion of the hourly staff. I am authorized to discipline employees.

7    If the misconduct is serious, I will recommend that the employee be suspended. I have

8    reported employees that were not following company policies and have made

9    recommendations for discipline and/or suspension.

10    23. For example, I sent home an associate named Mohammed Asad for coming to work

11    unshaven and without his Hudson name badge. On another occasion, Mohammed Asad

12    acted abusively toward a fellow employee. As a result, on August 25, 2010, I reported

13    Mohammed Asad's inappropriate actions to the GM in writing and requested that the

14    company take "immediate action." The employee was later fired.

15    24. On April 15, 2010, I wrote up another employee named Waqar Mahmood for repeatedly

16    failing to wear his name badge.

17    25. I was also involved in the discipline and the firing of a Senior Sales Associate named

18    Muhammad Afaq. Based on my recommendation, Mr. Afaq was disciplined for

19    insubordination. As one of his managers, I attended a January 25, 2010 management

20    meeting with Mr. Afaq's Union representative and other Hudson managers to discuss his

21    misconduct, which included punching in too early, screaming and shouting at coworkers,

22    and sleeping during his shift. I submitted a written report of Mr. Afaq's behavior, who

23    was therefore suspended without pay.    Mr. Afaq was later terminated on June 8, 2010 for

24    stealing cigarettes from the company. As his manager, I was involved in this decision as

25    well.

26    26. If an employee is doing an excellent job, I will (and have often) recommended to the GM

27    that he or she be given a raise or a Hudson Thank You Card with gift certificate. For

28

-4-

example, based on my recommendation, an associate named Mehta Manharlal was given an increase to his hourly rate.

27. I prefer to promote highly educated individuals, as they are more motivated to succeed. About one-and-a-half year ago, I recommended that Mr. Furquan be promoted from a Sales Associate to Supervisor. The GM acted on my recommendation, and Mr. Furquan was promoted. I now keep a sharp eye him on him to see if he is diligent, intelligent, and honest enough to be recommended for the next level - Operations Manager.

### Warehouse Manager Duties

28. There are two warehouses at Penn Station. One is located in a back corridor on the Amtrak level of Penn Station, a few hundred feet away from the General Manager's office. Another warehouse is located on 30th Street, near Penn Station. Merchandise shipments are received directly from the vendors and are not screened by authorities at Penn Station. Product is received at a common loading dock and moved to either the Warehouse or a staging area for further distribution. As Warehouse Manager, I oversaw that process.

29. As Warehouse Manager, I was also responsible for directly supervising at least 2 to 3 Warehouse Associates at a time.

30. I was held accountable for the proper management and performance of my staff. If Newspapers and other merchandise were not distributed properly I was responsible. I therefore supervised and instructed Warehouse Associates on where to distribute the Newspapers and other merchandise and how to properly execute the distribution. In order to maximize sales and ensure profitability, I also monitored the different locations to make sure the associates were doing their job, that the expired newspapers had been removed, and that the new newspapers were properly displayed and stocked. I also made sure there were no shortages.

31. As Warehouse Manager, I was accountable for closing out the registers in Store One (1) located at the Penn Station location. Only managers, who must enter a manager's ID, had the authority to close out a register. When closing a register, I left $300 in the register and

-5-

1   brought the remainder of the money to the GM's office.  The cashier counted out the $300

2   and I verified that the amount is correct.

3   32. I was also responsible for monitoring merchandise levels in Store Eight (8), which is open

4   twenty-four hours a day.  As Warehouse Manager, I visited Store Eight (8) approximately

5   three to four times each night.

6   33. I generally kept an eye on my hourly Warehouse employees.  I directed them on how to

7   return expired newspapers to the warehouse and prepare merchandise to be returned to the

8   vendors.  I also placed newspaper orders with the vendors.  I used independent judgment

9   and discretion by keeping track of what newspapers sell and making adjustments to the

10   orders accordingly.  As Warehouse Manager, I was responsible for counting the incoming

11   orders and verifying that they are correct.  If there was a shortage or overage, I placed a

12   call to the vendor to correct the situation.  I kept records of my conversations with the

13   vendors and records of who I spoke to and at what time.

14   34. As Warehouse Manager, I was also accountable and responsible for minimizing shrink.  I

15   constantly counted the warehouse inventory.  I also recounted the returns that came back

16   to the warehouse from the store locations.  I did this to make sure that the number of

17   expired newspapers the cashier indicated he sent back was accurate before seeking a

18   refund from the vendor.

19   35. I also filled out the newspaper return sheets and duly check the credit refunds.  For

20   example, National Distribution Alliance ("NDA") return sheets are filled out and sent to

21   the NDA. I got the refund credit invoices, which I checked against the return sheets we

22   already sent.  I tallied the quantity of the return and its price.  If there was any difference I

23   asked the vendor for credit of the item.  Similarly, I sent out recaps of all the newspapers

24   that included how much was received and how much was returned.

25   36. As Warehouse Manager, I was responsible for training employees.  I taught associates

26   how to do basically everything involved in their position, including how to properly

27   bundle and distribute newspapers, and how to display newspapers according to particular

28   vendors' specifications.  I also trained some associates on how to operate the cash register

-6-

1  in the event that there was a shortage, and a Warehouse Associate was needed to cover the

2  floor.  These associates also received training regarding the proper policies and procedures

3  on dealing with customers.  If I assisted my staff in their work, I did so independently,

4  without being told to do so, and not based on any schedule.

5

6  I declare under penalty of perjury under the laws of the State of New York and the United States

7  of America that the foregoing is true and correct and that this declaration was executed this ____

8  day of_____, 2014, at New York, New York.

9

10  _____

11                MANSOOR SHAH

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                              -7-

28

# EXHIBIT 20

1  DLA PIPER LLP (US)
   1251 Avenue of the Americas
2  New York, New York  10020
   Tel.:   (212) 335-4500
3  Fax:    (212) 335-4501
   *Counsel for Defendants Hudson Group (HG) Retail, LLC*
4  *and Airport Management Services, LLC*

5  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
6  ------------------------------------------------------  X
   MOHAMMED NABI and RIFAT RIZVI,                 :
7  *on behalf of themselves, FLSA Collective*     :
   *Plaintiffs and the Class,*                    :
8                                                 :
                                                  :
                              Plaintiffs,         :     Case No.  14 CIV 4635 (VEC)
9                                                 :
          -against-                               :     ECF Case
10                                                :
   HUDSON GROUP (HG) RETAIL, LLC,                 :
11  AIRPORT MANAGEMENT                            :
   SERVICES, LLC and JOHN DOES 1-10,              :
12                                                :
                              Defendants.         :
13  ------------------------------------------------------  X

14              **DECLARATION OF GURPREET SINGH**

15       I, Gurpreet Singh, declare as follows:

16   1.  I have personal knowledge of the facts set forth in this Declaration and, if called as a

17       witness, could and would testify competently as to their accuracy.

18   2.  I currently work as Warehouse Manager at Hudson's Grand Central Station operations in

19       New York, New York.

20   3.  I was initially hired as an Expeditor at Hudson's Grand Central Station operations on

21       January 18, 2001.  In 2004-2005 I was promoted to Warehouse Manager.

22   4.  I have a Master's of Science Degree from Guru Nanak Dev University in Punjab, India,

23       and a Bachelor's Degree in Education from Punjab University.  I previously worked as a

24       Science Teacher in India.

25   5.  Since I began work as a Hudson Manager, I have received a weekly salary which exceeds

26       $455 per week.  I have not experienced any deductions in salary for partial-day absences.

27       My salary is not reduced for variations in the quality or quantity of my work.

28                                    -1-

DLA PIPER LLP
    (US)
   New York

EAST\89053354.1

                      DECLARATION OF GURPREET SINGH

6.  I check into work using the Kronos system, which is an electronic thumbprint identification system.  I do not clock or stamp out of work when I leave the facility.

7.  Notices addressing employees' FLSA and overtime compensation rights are clearly and prominently posted on the employee poster board located in the employee locker room.

8.  As a Warehouse Manager, I dress in business casual.  The hourly staff wears Hudson logo shirts.

9.  Hudson's Grand Central Station operations consist of five (5) retail locations.  Two (2) retail locations are located within Grand Central, open seven days a week during both the day and the evening.  The other three (3) locations are in office buildings located at 335 Madison Avenue; The Biltmore and 347 Madison Avenue and are open weekdays during both the day and night.

10. As Warehouse Manager, I am in charge of the off-site warehouse located on 43rd Street, between 1st and 2nd Avenue.  There is another warehouse located within Grand Central Station, which is managed by Warehouse Manager Samuel Trani.

11. I supervise two warehouse associates, and spend at least half my time performing managerial duties, directing employees on how to receive inventory, how to return products to vendors, and how to display the merchandise in the retail stores.

12. I work in the off-site warehouse and rotate amongst retail store locations throughout the work day.  In the retail stores, I assist customers and determine whether any of the stores need restocking/replenishment of newspapers.

13. I perform management duties on a daily basis, ensure customer satisfaction, and direct my staff in a number of ways, such as in how to minimize shrink (i.e. shoplifting) in the stores and how to properly implement company policies like customer service.  Overall, I am responsible for making sure everything is done on a timely basis.  I also instruct my staff on how to deliver stock to the different retail locations.

14. I utilize independent judgment and discretion when performing my duties.  For example, I am responsible for newspaper inventory and making sure the warehouse is properly stocked.  I then have the inventory separated so that it can be delivered to the retail

2

locations. After I receive product from the vendors, I review the invoice, verify that the order is correct, and make sure there are no shortages or overages. If there are inventory discrepancies, I contact the vendor to correct and/or modify company invoices with credits, advise the company's bookkeepers to pay revised amounts, and otherwise work to correct vendor mistakes.

15. If an employee is insubordinate and/or does not follow instruction, I have the authority to give verbal warnings, correct employee behavior, and will report the employee to the General Manager for formal discipline. For example, approximately one month ago, Expeditor Jack Biakite was being insubordinate. He insisted on performing tasks his way rather than follow instructions. I verbally warned him that if he continues down this road I will see to it that he is formally disciplined. His work behavior has since improved. In any event, the General Manager will seriously consider my recommendations as to employee performance and/or discipline.

16. As a Warehouse Manager, I have the authority to recommend on hiring. For example, one of my previous Expeditors, Angel Garcia, was recently released from his position. I therefore recommended that Sudhir Barot be hired to replace him as my new overnight Expeditor. The General Manger acted upon my recommendation, and Mr. Barot works under me now.

17. I also train new employees. For example, I am responsible for training warehouse staff on how to receive, distribute and display inventory. Additionally, I train cashiers on how to operate the cash register and on how to implement Hudson's policies regarding customer service. I also train employees on how to offer customers alternative products (i.e. upselling), properly display magazines, and position merchandise and products.

18. As Warehouse Manager, I am also responsible for maximizing sales for the company. I use independent judgment and discretion in keeping track of the inventory and knowing how much product moves from each store. For example, different newspapers sell better in different retail locations and it is my duty to track these sales and have the stores stocked accordingly. I also conduct regular inventories with my warehouse staff.

DLA Piper LLP (US)
New York

EAST\89053354.1

19. As Warehouse Manager, I also prevent losses (i.e. "shrink") in the warehouse by making sure all employees follow company policy, and have their bags checked in the locker room before entering the warehouse.

20. As Warehouse Manager, I also field customer complaints and requests. Customers often complain about the lack of certain newspapers in stock, which I work to resolve. If the complaint is about a cashier, I will deal with the customer, try to make him or her happy, and then speak to the cashier afterwards about following company rules. If the complaint is about being shortchanged, I have the authority to conduct a spot check to determine whether the customer received the correct amount of change.

21. I also appraise employee productivity. For example, if staff are going above and beyond, I will praise them and let the General Manager know about their good work and recommend that they receive a $25 Gift Card.

22. The Warehouse Managers independently decide how many people are needed on a given day, create an initial schedule, and give it to the Assistant General Manager for final approval. If any warehouse employee calls out of work, they notify a Warehouse Manager. A Warehouse Manager then informs the Assistant General Manager so that she may find a replacement.

23. I am a fair and measured manager, and watch out for my staff. My supervisor is the General Manager, who does not constantly watch or supervise my daily activities. I also provide input and have the authority to make recommendations to him regarding the hiring, discipline (up to and including termination), advancement, and promotion of the hourly staff.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct and that this declaration was executed this 30 day of DEC. , 2014, at New York, New York.

_____
-4-    GURPREET SINGH

# EXHIBIT 21

1   DLA PIPER LLP (US)
    1251 Avenue of the Americas
2   New York, New York 10020
    Tel.:   (212) 335-4500
3   Fax:    (212) 335-4501
    *Counsel for Defendants Hudson Group (HG) Retail, LLC*
4   *and Airport Management Services, LLC*

5   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
6   ------------------------------------------------- X
    MOHAMMED NABI and RIFAT RIZVI,                    :
7   *on behalf of themselves, FLSA Collective*         :
    *Plaintiffs and the Class,*                        :
8                                                     :
                                    Plaintiffs,       :       Case No.  14 CIV 4635 (VEC)
9                                                     :
                    -against-                         :       ECF Case
10                                                    :
    HUDSON GROUP (HG) RETAIL, LLC,                    :
11  AIRPORT MANAGEMENT                                :
    SERVICES, LLC and JOHN DOES 1-10,                 :
12                                                    :
                                    Defendants.       :
13  ------------------------------------------------- X

14                      **DECLARATION OF EDWIN SOTO**

15          I, Edwin Soto, declare as follows:

16      1.  I have personal knowledge of the facts set forth in this Declaration and, if called as a

17          witness, could and would testify competently as to their accuracy.

18      2.  I currently work as the General Manager ("GM" or "General Manager") of Hudson's Penn

19          Station operations in New York, New York.

20      3.  I was hired by Hudson in approximately October 2005 to work as the General Manager of

21          Hudson's Union Station operations in Washington, D.C.  I was subsequently transferred

22          to work as General Manager at Newark Penn Station.  In March 2010, I was transferred to

23          work as the General Manager of Hudson's Grand Central Station operations.   I was later

24          transferred to work as the General Manager of Hudson's Penn Station locations.

25      4.  Prior to joining Hudson, I was a salaried District Manager for Faber, Coe, and Gregg, a

26          retailer for news, gifts and books.

27      5.  Since I began work as a Hudson General Manager, I have received a weekly salary which

28          exceeds $455 per week, and I have not experienced any deductions in salary for partial-

1  day absences.  My salary is not reduced for variations in the quality or quantity of my

2  work.

3  6. Hudson's Penn Station operations consist of seventeen (17) locations.  Twelve (12) are

4  located within Penn Station, two (2) are located at the Jacob Javits Center, two (2) are

5  located at 33rd Street and one (1) is located at the World Trade Center.

6  7. Notices addressing employees' FLSA and overtime compensation rights are clearly and

7  prominently posted on the main notice board, in front of the main entrance to the

8  employee room.

9  8. My Managers check into work using the Kronos system, which is an electronic

10  thumbprint identification system.  They do not clock or stamp out of work when they

11  leave the facility.  The hourly staff clock in and out using the Kronos system.

12  9. My Managers generally dress in business casual.  The hourly staff wear Hudson logo

13  shirts.

14  10. I believe in a lean Management team.  In my opinion, having fewer Managers leads to

15  more effective leadership, because there are less people to point fingers at and more

16  accountability.  I take a hands-off approach to management at Grand Central Station.  I

17  will occasionally step in if necessary, but overall I let my Managers do the job they are

18  paid to do.  As General Manager, I have the flexibility to determine how many hours my

19  Managers work.  I generally schedule my Managers to work five to six days a week,

20  which I believe allows them to manage most effectively and achieve optimum efficiency.

21  11. During the AM shift, there are approximately 8-9 Managers supervising 60-70 hourly

22  staff, including Sales Associates and Expeditors.

23  12. I spend a substantial part of each day in the office, performing General Manager duties.

24  When I am in the office I am busy signing off on paperwork, approving payroll,

25  responding to emails from different corporate departments, communicating with buying

26  departments, responding to deadlines and calendar items, obtaining and reporting sales

27  figures, communicating with my Regional Manager, counting monies received on a daily

28

DLA PIPER LLP (US)
NEW YORK

DECLARATION OF EDWIN SOTO

1  basis, matching receipts and sales data with moneys received, and producing sales reports

2  on receiving, inventory, damages, etc.

3  13. I also regularly prepare Perpetual Inventory Reports, which address current inventory

4  levels, weekly inventory changes, overall store inventory levels, warehouse inventory

5  levels, opening inventory, branch purchases, gross profit percentages, accounts receivable,

6  markdowns/discounts, closing inventory figures, annual sales and inventory figures, and

7  more.  In preparing the Perpetual Inventory Reports, I rely on accurate sales and inventory

8  figures from my Managers on newspapers, magazines, beverages, cigarettes/tobacco,

9  books, candy/confections, souvenirs, apparel, phone cards, accessories, gifts, travel items,

10  electronics, stationery, food, snacks, and more.

11  14. I value and seek a number of qualities in my Managers, including leadership, good work

12  ethic, responsibility, accountability, and motivation.   Responsibility and motivation are

13  my two biggest requirements.  My stores cannot operate successfully without responsible

14  and motivated Managers.  These are the qualities I recruit for in new Managers.  For

15  example, I knew from my experience as GM at another Hudson facility that Warehouse

16  Manager Samuel Trani had these qualities.  I therefore worked to get him transferred to

17  the Grand Central Station Operations when I was GM there.  I also saw these qualities in

18  Oscar Umana, which is why I promoted him from warehouse clerk to Warehouse

19  Manager.  Oscar is now Operations Manager at Grand Central.

20  15. My floor Managers are my eyes and ears.  Since they are the ones on the selling floor or in

21  the warehouse directly supervising the hourly staff, I highly value and consider all of their

22  suggestions and recommendations regarding hiring, discipline (up to and including

23  termination), advancement, and promotion of the hourly staff.

24  16. I hold periodic meetings where I receive input on the operations from my Managers, and

25  also discuss customer service, if there is a drop-off in sales, disciplinary actions,

26  merchandising displays, and more.

27  17. Since my floor Managers are on the selling floor, I also depend upon them to make the

28  right decisions.  I give my floor Managers a lot of leeway to manage as they see fit, and let

them assume a great degree of responsibility.  For example, if I am walking around to the different locations and notice something is out of place or a sales associate is not properly doing their job, the vast majority of the time I will not directly reprimand or communicate with the sales associate.  I will find my floor Manager and tell him or her about the issue.  I take this approach because I don't want to undercut my floor Managers' authority with their hourly staff, and because I want the corrections and training to come from my floor Managers directly.

18. My floor Managers can send employees home for serious offenses, such as stealing or fighting with customers, and I will back up their decisions 100% of the time.  If a manager has an issue with an employee, whether it is for tardiness or insubordination, the manager writes up the incident, I review it, sign off on it, and then bring it to the attention of the union.  No disciplinary action can be taken without a representative of the union present.  However, I always follow my manager's recommendations as to discipline and present that to the union representative.

19. The practice in this regard was much different when I was a General Manager at Hudson's Union Station operations in Washington, DC.  There is no union in Washington, DC so Operations Managers and I would present written warnings to employees directly, without the presence or assistance of a union representative.

20. My floor Managers are responsible for ensuring hourly employees perform their duties and follow company rules.  They are authorized to give verbal warnings, send employees home for not following policies, and conduct spot checks of employee cash registers.  I only get involved if the issue is a repeat problem or becomes more serious.  If there is a repeat problem, I sit and meet with the associate and his or her floor Manager.  Usually the issues involve repeat infractions or poor customer service, repeatedly not following the uniform policy (my Managers can and do send employees home for this without consulting with me), taking long breaks, not punching out for breaks, not wearing name badges, excessive absences, etc.  No insubordination is allowed, and I make clear that the associate must follow the Manager's directions.

21. Even as the GM, I cannot independently fire an hourly employee because they are union bargaining unit members, and there is a grievance process dictated by the collective bargaining agreement in place at Grand Central.

22. I expect my floor Managers to handle day-to-day employee and operational issues, especially when I am working in the General Manager's Office.  From there I cannot directly observe how my Floor Managers are running the operations, and therefore rely on them to rotate amongst the stores, supervise product and book placement, check on promotions, make sure there is enough stock, that it is rotated properly, open and close stores and registers, conduct spot checks, check on the day-to-day operations, and more.

23. I hold my floor Managers accountable for properly directing their hourly staff and correctly managing breaks, because this has a direct impact on the profitability and success of the operations.  My Operations Managers therefore create the initial work schedules for the associates (which are approved by the AGM) and are responsible for making sure the shifts are properly staffed.

24. With respect to accountability, I depend on my floor Managers to make sure that stores are open on time and fully stocked.  I also depend on them to ensure customer service is at the highest levels, and to teach the associates customer service skills.  I believe you have to build good work and customer service habits constantly, and since I cannot be everywhere on the floor, I rely on my floor Managers to build such habits daily with the associates.  All of my floor Managers are involved in training new associates.  I therefore expect my floor Managers to be familiar with and able to perform associates' work duties so they can properly train associates.

25. I also depend on my floor Managers to lead the associates, to make sure they do the right things, and to follow company policies, etc.  All of these behaviors directly impact our success in sales, and if my floor Managers did not show up, we would be unable to properly supervise the stores, which would cause us to lose significant sales.

26. I value floor Managers who meet these criteria not just because it is good for the overall business, but also because my bonus depends upon Penn Station's overall profitability,

1    sales, controlling shrink, and more.  From an operational standpoint, I also need my floor

2    Managers to develop good relationships with our landlord's representatives so that we can

3    quickly get fixtures put in place and repairs handled.

27. I rely on all of my Operations Managers to create workable schedules for the associates so that the stores are properly staffed.  If they don't properly schedule the staff, then stores may become understaffed during rush hours, forcing them to perform associate duties and taking their attention away from management duties.  I hold my Managers accountable if this happens.  My Managers are never scheduled to perform associate duties, and only fill in where there is an emergency.

28. If a rush hour is not properly staffed or managed, long lines will form and customers will leave without completing a sale.  I expect my Operations Managers to know when the rush hours are, and to properly schedule their staff so that a sufficient number of registers are open and ready to ring up sales.

29. When I was GM of Grand Central, my "go-to" Operations Manager during the PM shift was Naeem Haider.  I was not around in the evenings and neither was my AGM.  Naeem was excellent at ensuring customer service.  He understood how to handle different situations when I was not around.  For example, if there was an emergency like a leaking ceiling, he would see that it was fixed.  If a clerk got sick during work hours, he would handle the situation and make sure to call an ambulance.  If there was a publisher coming into the operations in the evening who needed special attention, I would rely on Naeem to make sure the displays are set up properly, take care of the publisher, and walk him around to the different locations.

30. While the AGM and I are ultimately responsible for approving the hiring of an individual, my Operations Managers also have Human Resources responsibilities.  For example, they will receive employment applications and pre-interview candidates (for about 5-10 minutes) to determine whether the candidate will be sent up to me.  (Throughout the day and evening, there are many walk-in applicants seeking employment.)  I direct my Operations Managers that if they approve of the applicant to send them to me.  Almost all

the hourly staff we hired are based on recommendations from the floor Managers.  Each Manager decides who to send up based on their own criteria.  I will generally (about 65-70% of the time) hire somebody that has been sent to me for a second interview by the Floor Managers.

31. I rely on my Operations Managers to train hourly staff; if they are not providing good customer service, they are to pull him or her aside and give instruction on how to better meet customers' needs.  They are also responsible for training and coaching new employees in the day-to-day performance of their duties, and giving daily training to current employees regarding proper customer service.

32. I seriously consider my Operations Managers' input on employee performance.  Operations Manager Naeem Haider, for example, previously informed me that Lenny Laure was a great associate, worked fast, was doing a great job, and recommended that she receive a gift card, which I acted upon.

33. No Managers at Penn Station or Grand Central (including myself) perform official employee reviews of the hourly staff, because their employment, wages and raises are governed by a collective bargaining agreement.  In my past GM positions at Newark Penn Station and Union Station, my Managers conducted the performance evaluations, which were reviewed and signed by me.  I believe in this management style, because with a large staff you cannot effectively evaluate associates' performance, and in some cases it may not be fair to the associate because the GM is not always on the floor directly observing their work.

34. My Managers are responsible for maximizing sales and directing their staff properly, and are held accountable if they do not.  I also previously suspended Plaintiff and Operations Manager, Rifat Rizvi, for three days for sending more than one cashier on break at the same time.

35. My Operations Managers are also responsible for handling customer complaints about Sales Associates, merchandise, products, etc.  They must make decisions immediately and on the spot.  We cannot have the customer wait for issues to be resolved, and I depend

1   upon my Managers to make the right judgment call.  They must make judgment calls on

2   how to keep customers coming back.

3   36. My Operations Managers are accountable for the proper display and merchandizing of

4   retail products.  If I notice that a display is set up improperly, I call the Operations

5   Manager and reprimand him or her.  I hold the Operations Manager responsible and it is

6   their responsibility to get it fixed.

7   37. At Grand Central, my Operations Managers filled out a logbook at the close of the

8   operations, which addressed various operational issues including those which are out of

9   the ordinary.  For example, my Operations Managers will report on uncommonly slow or

10  fast sales activities on certain items, customer service issues, internal shrink monitoring

11  and actions (i.e. placing seals on warehouse door locks), hourly employee call-outs,

12  money drop issues, and more.

13  38. Iqbal Khan was a former Operations Manager at Penn Station, who I held accountable for

14  staff performance.  As Operations Manager, he regularly performed the same duties of my

15  other Managers as described above.

16  I declare under penalty of perjury under the laws of the State of New York and the United States

17  of America that the foregoing is true and correct and that this declaration was executed this _15_

18  day of January, 2015, at New York, New York.

19

20  _____

21  EDWIN SOTO

22

23

24

25

26

27

28