UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOHAMMED NABI and RIFAT RIZVI,
on behalf of themselves, FLSA Collective
Plaintiffs and the Class,

                         Plaintiffs,

    -against-

HUDSON GROUP (HG) RETAIL, LLC,
AIRPORT MANAGEMENT SERVICES, LLC
and JOHN DOES 1-10,

                        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2017

Case No. 14 CIV 4635 (VEC)(KNF)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiffs MOHAMMED NABI and RIFAT RIZVI (the "Plaintiffs") and Defendants HUDSON GROUP (HG) RETAIL, LLC and AIRPORT MANAGEMENT SERVICES, LLC (the "Defendants," and together with Plaintiffs, the "Parties"), wish to dismiss with prejudice all claims in the above-captioned action (the "Action") such that no claims remain in the Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their respective undersigned counsel, that the above-captioned Action and all claims asserted therein, including those claims asserted under the Fair Labor Standards Act, 29 U.S.C. § 201, et. seq., and the New York Labor Law, and their respective governing regulations, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and expenses, including attorneys' fees. This Stipulation may be signed in counterparts, and facsimile or electronic signatures shall have the same force and effect as original signatures.

Dated: March 24, 2017
New York, New York

| LEE LITIGATION GROUP, PLLC | DLA PIPER LLP (US) |
|---|---|
| By: /s/ C.K. Lee | By: /s/ Garrett D. Kennedy |
| C.K. Lee | Joseph Kernen |
| Angela Kwon | Garrett D. Kennedy |
| 30 East 39th Street, Second Floor | 1251 Avenue of the Americas |
| New York, NY 10016 | New York, New York 10020 |
| Tel.: (212) 661-0542 | Tel.: (212) 335-4500 |
| cklee@leelitigation.com | joseph.kernen@dlapiper.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

The Court, having reviewed the Parties' settlement in the Action, hereby approves the settlement and dismisses the above-captioned Action, and all claims asserted therein, with prejudice.

    WHEREAS the parties submitted their settlement agreement to the Court for approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015) [Dkt. 100-1};

    IT IS HEREBY ORDERED that the Court finds that this settlement is fair and reasonable pursuant to Cheeks;

    IT IS FURTHER ORDERED that the Court APPROVES as fair and reasonable Plaintiffs' counsel's requested award of $23,333.00 in attorney's fees and $1,650.00 in costs, particularly in light of the time and work expended by Plaintiffs' counsel in litigating this case.

    SO ORDERED.

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

    3/27/2017